Name  Jim Lampley
Prison Number  OB# 210735
Mailing Address, Zip/Place of Confinement  1400 East Fourth Avenue

Anchorage, Alaska 99501

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JIMMY A. LAMPLEY

     Plaintiff,

VS.

MARC ANTRIM, COMMISSIONER,
Scott J. Nordstrand, Atty. Gen. Defendant(s).

PRISONER'S
DECLARATION AND APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

CASE NO.  A05-293-CV
(To be supplied by the Court)

I, Jim Lampley, declare that I am the (*check the appropriate box*)

- ☐ Plaintiff (filing 42 U.S.C. § 1983)
- ☒ Petitioner (writ of habeas corpus 28 U.S.C. §§ 2254 or 2241)
- ☐ Movant (filing 28 U.S.C. § 2255 motion)
- ☐ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I acknowledge and consent that a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" DO NOT USE THIS FORM)

If "Yes" state the place of your incarceration: Anchorage Correctional Complex East

**IMPORTANT:** Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed? ☐ Yes ☒ No

If the answer is "Yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer to No. 2 is "No," state the date of last employment and the amount of the gross and net salary and wages per month which you received.

Gross: **Under $900.00**      Net: **N/A**

Employer: **Ken Brady, Brady Construction, and/or House Surgeons**

Date of Last Employment: **4 / 10 / 2004** (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

| | | | Yes | No |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | | ☐ Yes | ☒ No |
| b. | Rent payments, interest, dividends or PFDs | | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | | ☐ Yes | ☒ No |
| d. | Disability or worker's compensation payments | | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | | ☐ Yes | ☒ No |
| f. | Any other sources | | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source and state the amount and when received **and** what you expect you will continue to receive. Attach additional sheets if necessary.

_____

_____

4. Do you have **any** cash? ☐ Yes     ☒ No
    State the total amount and location: _____

5. Do you have any checking account(s)? ☐ Yes     ☒ No

    a. Name(s) and address(es) of bank(s): _____

       _____

    b. Present balance(s) in account(s): _____

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    ☐ Yes      ☒ No
    a. Name(s) and address(es) of bank(s): _____

       _____

    b. Present balance(s) in account(s): _____

7. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
    a. Make: _____ Year: _____ Model: _____
    b. Is it financed? ☐ Yes    ☐ No
    c. If so, what is the amount owed? _____

8. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value: _____

_____

9. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support: **None**

_____

10. Do you have any other assets or personal property other than clothing? ☐ Yes ☒ No

If "Yes" list the asset(s) and state the value of each asset listed: _____

_____

11. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☒ Yes   ☐ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer: **State Asst.**

**6-2004 approx. $300.00 – 400.00**

_____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: **11-24-2005**
DATE

SIGNATURE OF APPLICANT
( JIMMY A. LAMPLEY )

# AUTHORIZATION

I, __Jim Lampley_____, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

__11-24-2005__  
DATE

__/s/ J. Lampley__  
SIGNATURE OF APPLICANT

__Jimmy A. Lampley__          __210735__  
COMMITTED NAME OF APPLICANT          INMATE NO.  
(Type or Print)

---

### CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant named herein has the (available) sum of $ __-0-__ on account to his/her credit at __Anchorage Jail-E__ (name of institution).

I further certify that during the past six months the applicant's average monthly **balance** was $ __-0-__.

I further certify that during the past six months the average monthly **deposits** to the applicant's account was $ __-0-__.

Please attach certified copy of applicant's account statement showing transactions for past six months.

__11/29/05__  
DATE

__/s/ A M Burton__  
SIGNATURE OF AUTHORIZED OFFICER

__Accounting Tech I, DOC__  
TITLE and NAME OF AGENCY

State of Alaska  
Dept. of Corrections  
**NOV 29 2005**  
BUDGET / REVENUE

PS 10 (2/98)          Page 4 of 4          Prisoner's IFP Application