<u>Jim Lampley</u>
Name
<u>OB# 210735</u>
Prison Number
<u>Anchorage Correctional Complex</u> East
Place of Confinement
<u>1400 East Fourth Avenue, 995</u>01
Address

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>JIMMY A. LAMPLEY</u>,
(Full name)

Petitioner,

vs.

MARC ANTRIM, COMMISSIONER,
<u>SCOTT J. NORDSTRAND, ATTY. GEN.</u>,
(Name of WARDEN, Superintendent, Jailor or other authorized person with **custody** of Petitioner -- the respondent is NOT the "State of Alaska")

Respondent.

A 0 5 - 2 9 3 - CV

Case No._____
(To be supplied by Court)

**PETITION FOR WRIT OF HABEAS CORPUS**

**Under 28 U.S.C. § 2254
By a Person in State Custody**

### CONVICTION UNDER ATTACK

1. Name and location of court which entered the conviction under attack: **Alaska Court System, Anchorage District Court, 3rd Judicial District.**

2. Full date of judgment of conviction: **2 / 5 / 1999**(month/day/year)

   a. Case Number: **3AN-S98-397 Cr.**

3. What was your plea? (Check one) __X__ Not Guilty _____ Guilty _____ Nolo Contendre

    a. If you entered a guilty plea to one count, and a not guilty plea to another count, give details:_____

    _____

    _____

    _____

    b. If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement:_____

    _____

    _____

    _____

    _____

4. Were you sentenced on more than one count of an indictment, in the same court at the same time? _____ Yes __X__ No **Misdemeanors x 13**

5. What was (were) the offense(s) for which you were convicted? (All counts) **Violation Of Domestice Violence Restraining Order X 13 counts. AS. 11.-56.740**

6. Kind of trial: (check one) __X__ Jury _____ Judge only

7. Did you testify at trial? __X__ Yes _____ No

8. Length of sentence(s):_____

9. Do you have any future state court sentence to serve after you complete the sentence imposed by the judgment under attack? __X__ Yes ____ No  (If petitioner is attacking a **state** court conviction/sentence to be served in the **future**, petitioner must add the state's Attorney General as an additional respondent. If petitioner has a sentence to be served now or in the future under a **federal** judgment which s/he wishes to attack, s/he should file a motion under 28 U.S.C. **§ 2255**, in the federal court which entered the judgment.)

   a. If yes, give the name and location of the court which imposed the sentence to be served in the future: **Anchorage, Alaska District Court**
   

   b. Give the date and length of sentence to be served in the future: **Approximately ( ) years, ( ) days; Date: 12-21-05 last known**

   c. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? __X__ Yes ____ No

*CAUTION: In order to proceed in federal court, you must first **exhaust** your state court remedies as to each ground on which you request action by the federal court.* You are cautioned that there is a **one-year limitations period** in which to file a habeas petition, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control, which made it impossible to file your petition on time. Although this time period is tolled (suspended) during any **state** court post-conviction **proceedings**, the time that your action is pending in **federal court** does **not** toll that one-year time period. You should, therefore, **immediately exhaust** any unexhausted grounds for relief in the state courts, up to and including, the Alaska Supreme Court, before filing in this Court.

§ 2254 Form
Effect. 10/01

## GROUNDS FOR RELIEF

10. For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. You may also have grounds which are not listed here. Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**. The petition will be returned to you if you merely check specific grounds.

   a. Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.
   b. Conviction obtained by use of coerced confession.
   c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   d. Conviction obtained by use of evidence gained pursuant to an unlawful arrest.
   e. Conviction obtained by a violation of the privilege against self-incrimination.
   f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   g. Conviction obtained by a violation of the protection against double jeopardy.
   h. Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   i. Denial of effective assistance of counsel.
   j. Denial of right of appeal.

**State each ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize** *briefly and concisely* **the facts supporting each ground. If you claim more than three grounds, make copies of blank pages 4 - 7, and attach those pages stating additional grounds and** *facts* **which support those grounds. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a future action.**

Ground 1 (a - j):____ (just one), or Other: <u>Violation of First Ammendment of the Constitution of the United States, Freedom of Speech.</u>

**Supporting FACTS** (State *briefly*, without citing cases or law): **Constitution of the United States of America, First Ammendment.**

**Exhaustion of state court remedies regarding Ground 1:**

☞ **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

**X** Yes ___ No.  Result: **AFFIRMED** _____ Case Number: **A-8629, No. 4968** _____ Date of Decision: **2 / 16 /05**

If no, why not: _____
_____ Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes **X** No.

Result: _____

Case Number: _____ Date of Decision: ___/___/___

§ 2254 Form
Effect. 10/01

If no, why not: **Petition for Hearing, not an appeal, Petition Denied. Denied, May 5th, 2005.**

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

**X** Yes ___ No.  Name of court: **Alaska Superior Court**

Case number: **3AN-00-13209 Ci.**  Date petition filed: **12/ - /00**  Did you receive an evidentiary hearing? ___ Yes **X** No

Result of proceeding: **DENIED**  Date of result: **6 / 13 / 03**

If you did not raise this issue, why not: _____

    a.    Did you appeal *this issue* to the Alaska Court of Appeals? **X** Yes ___ No

Result of proceeding: **AFFIRMED**

Case number: **A-8629, No. 4968**  Date of result: **2 /16 / 05**

If no, why not: _____

    b.    Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes **X** No

Result of proceeding: _____

Case number: _____  Date of result: __/__/__

If no, why not: **Petition for Hearing to Alaska Supreme Court, not an appeal. Petition denied, May 5th, 2005.**

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)? ___ Yes _X_ No. If yes, explain:

_____

_____

**Ground 2:**(a - j): _i_ (just one), **or** Other:_____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law): Absolutely no Attorney Client Trust Relationship, Deceptive with me, Lied to trial Jury, not minimally compentent - fantasizes of presenting non-factual evidence to trial jury, not concrete facts to prove by the physical laws of nature I could not have done what was claimed, i.e. recieve a physical copy of the alleged restraining order. Denied my right to issue supporting facts of statements and most importantly evidence contradicting Officers findings stated in trial, his own claims of service, and mine as well, to the trial jury. If I did I would be forced to be removed from the trial all together. Fought against everything I sought for to factually support my claims, and sought and recieved court's supporting orders.

**Exhaustion of state court remedies regarding Ground 2:**

☞ **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

_x_ Yes ___ No. Result: **Denied** _____ Case

Number: **A-7539**      Date of Decision: **10 / 12 / 01**

If no, why not: _____

_____ Did you

appeal *this issue* to the Alaska Supreme Court? ___ Yes **x** No.

Result: _____

Case Number: _____ Date of Decision: ___ / ___ / ___

If no, why not: **Counsel filed Petition For Hearing**

---

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

**X** Yes ___ No. Name of court: **Alaska Court Of Appeals**

Case number: **3AN-00-13209 Ci.**      Date petition filed: **12/ - / 00**

Did you receive an evidentiary hearing? ___ Yes **x** No

Result of proceeding: **Denied**      Date of result: **6 /13 / 03**

If you did not raise this issue, why not: _____

---

     a.    Did you appeal *this issue* to the Alaska Court of Appeals? **x** Yes ___ No

         Result of proceeding: **Affirmed**

         Case number: **A-7539**      Date of result: **2 / 16 /05**

         If no, why not: _____

     b.    Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes **X** No

§ 2254 Form
Effect. 10/01

Result of proceeding: _____

Case number: _____ Date of result: ___/___/___

If no, why not: **Filed Petition For Hearing. Petition denied, 5-5-05** _____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes _x_ No. If yes, explain:

_____

_____

Ground 3:(a - j): ____ (just one), or Other: _____

_____

Supporting FACTS (State *briefly*, without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

§ 2254 Form
Effect. 10/01

_____

_____

**Exhaustion of state court remedies regarding Ground 3:**

☞ **Direct Appeal:**

Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

___ Yes ___ No.  Result:_____ Case Number:_____ Date of Decision: ___/___/___

If no, why not:_____

_____Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No.

Result:_____

Case Number:_____ Date of Decision: ___/___/___

If no, why not:_____

_____

☞ **Post-Conviction:**

Did you raise *this issue* in a petition for post-conviction relief or state petition for habeas corpus?

___ Yes ___ No.  Name of court:_____

Case number:_____ Date petition filed: ___/___/___

Did you receive an evidentiary hearing? ___ Yes ___ No

Result of proceeding:_____ Date of result: ___/___/___

If you did not raise this issue, why not:_____

_____

§ 2254 Form
Effect. 10/01

a. Did you appeal *this issue* to the Alaska Court of Appeals? ___ Yes ___ No

Result of proceeding: _____

Case number: _____ Date of result: ___/___/___

If no, why not: _____

_____

b. Did you appeal *this issue* to the Alaska Supreme Court? ___ Yes ___ No

Result of proceeding: _____

Case number: _____ Date of result: ___/___/___

If no, why not: _____

_____

☞ **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on *this issue* (such as administrative remedies)? ___ Yes ___ No. If yes, explain:

_____

_____

11. Have ***all grounds*** raised in this petition been presented to the highest state court having jurisdiction? ___ Yes ___ No

    a. If no, which grounds have not been presented? _____

_____

    b. Explain reasons for not presenting grounds: _____

_____

§ 2254 Form
Effect. 10/01

**Attach a copy the highest state court written decision(s) regarding this conviction.** If you have not attached copies of your state court written decisions(s), why not?_____

_____

_____

### SUCCESSIVE PETITIONS

12. Is this the first *federal* petition for writ of habeas corpus challenging this conviction?

    **X** Yes \_\_\_\_ No

    a. If no, in what court was the prior action filed?_____

       What was the prior case number?_____

    b. Was the prior action (check one): \_\_\_\_ denied on the merits

       *or* \_\_\_\_ dismissed for procedural reasons?

    c. Date of decision: \_\_\_\_/\_\_\_\_/\_\_\_\_ (month/day/year)

    d. Are there any issues in this petition raised in the prior petition? \_\_\_\_ Yes \_\_\_\_ No

    e. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition? \_\_\_\_ Yes \_\_\_\_ No

       If yes, please attach a copy of the order. Attached? \_\_\_\_ Yes \_\_\_\_ No

    \*\*\* **You must obtain permission before filing your successive petition.** \*\*\*

13. Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action? \_\_\_\_ Yes **X** No

    a. If yes, state the name of the court and the nature of the proceedings:_____

    _____

    _____

§ 2254 Form
Effect. 10/01

Date you are mailing (or handing to correctional officer) this petition to the Court: 12-14/05

WHEREFORE, petitioner prays that the Court will grant him/her such relief to which s/he is entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

_____        _____
(Signature of Petitioner)            (Signature of attorney, if any)

_____        _____
(Signature of person who prepared this   (Typewritten/printed name of attorney)
 petition, if not Petitioner)

Jemmy A. Lampley.
1400 East Fourth Avenue
Anchorage, Alaska 99501
_____        _____
(Typewritten or printed name & address of   (Attorney's address & telephone number)
 person who prepared this petition)

## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed at  Anchorage, Alaska       on   11-24-2005
             (Location)                   (Date)

_____        210735
(Signature)                          (Inmate Number)

§ 2254 Form
Effect. 10/01