Jim Lampley
1400 East Fourth Avenue
Anchorage, Alaska 99501
(Name/Address/Phone)



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JIMMY A. LAMPLEY, | NO. A05-0292CV |
|---|---|
| Petitioner, | |
| vs. | MOTION FOR APPOINTMENT OF COUNSEL |
| MARC ANTRIM, COMMISSIONER, | |
| Defendant. | |

COMES NOW Jimmy A. Lampley, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 24th day of November, 2005.

_____
JIMMY A. LAMPLEY

| | | |
|---|---|---|
| **FINANCIAL AFFIDAVIT** <br> IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE | | **CJA 23** <br> REV. 1/90 |

| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☒ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | Lampley vs. Antrim | FOR Alaska AT Anchorage | |

| PERSON REPRESENTED (Show your full name) <br> JIMMY A. LAMPLEY | 1 ☐ Defendant—Adult <br> 2 ☐ Defendant—Juvenile <br> 3 ☐ Appellant <br> 4 ☐ Probation Violator <br> 5 ☐ Parole Violator <br> 6 ☒ Habeas Petitioner <br> 7 ☐ 2255 Petitioner <br> 8 ☐ Material Witness <br> 9 ☐ Other (Specify) | DOCKET NUMBERS <br> Magistrate <br> District Court <br> Court of Appeals |
|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☒ Misdemeanor <br> Violation of Protective Order, Alaska Criminal Statute AS. 11.56,740 (13) counts | | |

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
RECEIVED        SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $_____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
VALUE         DESCRIPTION
IF YES, GIVE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:    Creditors: **INCARCERATED SINCE 4-10-04**    Total Debt $___  Monthly Payl. $___

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *J. Lampley*    11-24-2005

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.