IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| MARC ANTRIM, and ) | |
| SCOTT J. NORDSTRAND, ) | |
| ) | |
| Respondents ) | |
| ) | Case No.: A05-293 Cv. (RRB) |

**ENTRY OF APPEARANCE**

COMES NOW David R. Weber, of the firm of Vasquez & Weber, P.C., and makes this, his Entry of Appearance as counsel on behalf of Jimmy A. Lampley. The parties and the Court are respectfully requested to serve electronic copies of all pleadings and notices upon counsel at the e-mail address of record.

Respectfully submitted this 6th day of January 2006.

>  Vasquez & Weber, P.C.
>  Attorneys for of Jimmy A. Lampley
>
>  _____
>  S.S.: David R. Weber,
>  Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123