# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### FIRST AMENDED
### PETITION FOR
### WRIT OF *HABEAS CORPUS*
### [28 U.S.C. § 2254]

COURT USE ONLY

| | |
|---|---|
| Name: _____ | Prisoner No. _____ |

Place of Confinement:

Name of Petitioner (include name under which convicted)

Respondent (authorized person having custody of petitioner **not the State of Alaska**)

V.

## PETITION

1. Name and location of the court that entered the judgment of conviction under attack:

   _____

   _____

2. Date of Judgment of Conviction: _____

   Case Number _____

3. What was your Plea? (Check one)

   Guilty      Not Guilty      Nolo Contendere

   a. If you entered a guilty plea to one count of the indictment and a not guilty plea to another count give

   details: _____

   _____

_____

_____

_____

b.  If you entered a plea of guilty under a plea bargain agreement state the terms and conditions of the

agreement: _____

_____

_____

_____

4.  Were you sentenced on more than one count of an indictment, in the same court at the same time?

Yes        *   No     * Mr. Lampley was convicted on a 13 Count Information charging
                          Misdemeanors.

5.  What was (were) the count(s) of which you were convicted? (All Counts) _____

_____

_____

_____

6.  Type of Trial (Check one only)   Jury        Judge Only

7.  Did you testify at trial?   Yes        No

8.  Length of sentence _____
                        consecutive); VI-XIII (60 each, consecutive)

9.  Do you have any **future state court sentence** to serve after you complete the sentence imposed by

the judgment under attack?   Yes        No

If "yes," you must add the state's Attorney General as an additional respondent.  If you have a sentence to be
served now or in the future under a **federal** judgment that you wish to attack, you should file a motion under 28
U.S.C. **§ 2255**, in the federal court that entered the judgment.

a.  **If yes**, give the name and location of the court that imposed the sentence to be served in the future:

_____ *

b.  Length of sentence _____   Date to begin _____
     *Petitioner is unaware of when service of this sentance began or will begin.

c.  Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the

sentence to be served in the future?   Yes        No


10. Did you file a petition for certiorari in the United States Supreme Court?   Yes        No
    *State refused to pay for Certiorari counsel or petition.

a. If yes, Docket No. (if you know) _____

b. Result: _____

   _____

c. Date of Result: _____

d. Case Citation (if you know) _____

e. Grounds raised: _____

   _____

   _____

   _____

   _____

---

*CAUTION: In order to proceed in federal court, you must first **exhaust** your state court remedies as to each ground on which you request action by the federal court.*  You are cautioned that there is a **one-year limitations period** in which to file a habeas petition in federal court, and that a petition brought under § 2254 will be dismissed if not brought within that period, unless there are "extraordinary circumstances" beyond your control that made it impossible to file your petition on time.  The one year limitations period is tolled (suspended) during any **state** court post-conviction proceedings.[1]  If you file a petition in federal court before you have fully exhausted your claim(s) in state court, the federal petition will **not** toll the statute of limitations.

---

[1] 28 U.S.C. § 2244(d)(1): A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

11.    If your judgment of conviction became final over one year ago, explain why the one-year statute of

limitations does not bar your petition: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

**GROUNDS FOR RELIEF**

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  You may also have grounds that are not listed here.  Do not check any of these listed grounds. If you select any of these grounds for relief, you must allege **facts**.  The petition will be returned to you if you merely check specific grounds.

a.    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with an understanding of the nature of the charge and the consequences of the plea.

b.    Conviction obtained by use of coerced confession.

c.    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d.    Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

e.    Conviction obtained by a violation of the privilege against self-incrimination.

f.    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

g.    Conviction obtained by a violation of the protection against double jeopardy.

h.    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

i.    Denial of effective assistance of counsel.

j.    Denial of right of appeal

**State each ground for which you claim that the state court conviction and/or sentence is unconstitutional.  Summarize *briefly and concisely* the facts supporting each ground.  If you claim more than three grounds, make copies of blank pages 5 - 6, and attach those pages stating additional grounds and *facts* that support those grounds.  You must raise in this petition all grounds for relief that relate to this conviction.  Any grounds not raised in this petition will likely be barred from being litigated in a future action.**

12. **Ground 1** (a – j) _____ (just one), or other: _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13. **Exhaustion of state court remedies regarding Ground 1:**

☞ **Direct Appeal:**

a. Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes    No    Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____

b. Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes    No    Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____

☞ **Post-Conviction:**

c. Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes    No    Name of Court: _____

Case No. _____ Date Petition Filed _____

Did you receive an evidentiary hearing?    Yes        No

Result _____    Date of Result: _____

If you did not raise this issue, why not? _____

_____

d. Did you appeal *this issue* to the Alaska Court of Appeals?    Yes        No

Result: _____

Case No. _____    Date of Result: _____

If no, Why not? _____

_____

e. Did you appeal *this issue* to the Alaska Supreme Court?    Yes        No

Result: _____

Case No. _____    Date of Result: _____

If no, Why not? _____

_____

☞    **Other Proceedings:**

f. Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?    Yes        No

If yes, explain: _____

_____

_____

_____

14.    **Ground 2** (a – j) ____    (just one), or other: _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.    **Exhaustion of state court remedies regarding Ground 2:**

☞    **Direct Appeal:**

a.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes     No     Result:  _____

Case No. _____ Date of Decision:  _____

If no, why not?  _____

_____

b.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes     No     Result:  _____

Case No._____ Date of Decision:  _____

If no, why not?  _____

_____

☞    **Post-Conviction:**

c.  Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes     No     Name of Court:  _____

Case No._____       Date Petition Filed  _____

Did you receive an evidentiary hearing?   Yes     No

Result  _____  Date of Result:  _____

If you did not raise this issue, why not?  _____

_____

d.  Did you appeal *this issue* to the Alaska Court of Appeals?   Yes     No

Result:  _____

Case No._____       Date of Result:  _____

If no, Why not? _____

_____

e.   Did you appeal *this issue* to the Alaska Supreme Court?    Yes        No

Result: _____

Case No. _____  Date of Result: _____

If no, Why not? _____

_____

☞    **Other Proceedings:**

f.   Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?    Yes        No

If yes, explain: _____

_____

_____

_____

16.   **Ground 3** (a – j) ____    (just one), or other: _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

17.     **Exhaustion of state court remedies regarding Ground 3:**

☞       **Direct Appeal:**

a.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes        No        *        Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____  *

_____

did move to withdraw from the appeal based on Mr. Lampley's PCR claim and the motion was denied.

b.  Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes        No        Result: _____

Case No. _____ Date of Decision: _____

If no, why not? _____

_____

☞       **Post-Conviction:**

c.  Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes        No        Name of Court: _____

Case No. _____ Date Petition Filed _____

Did you receive an evidentiary hearing?    Yes        No

Result: _____ Date of Result: _____

If you did not raise this issue, why not? _____

_____

d.  Did you appeal *this issue* to the Alaska Court of Appeals?    Yes        No

Result: _____

Case No. _____ Date of Result: _____

If no, Why not? _____

_____

e.  Did you appeal *this issue* to the Alaska Supreme Court?    Yes        No

Result: _____

Case No. _____ Date of Result: _____

**Ground**   (a – j) ___   (just one), or other:   _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law)   _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13.   **Exhaustion of state court remedies regarding Ground   :**

☞   **Direct Appeal:**

a.   Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes        No        Result: _____

Case No. _____   Date of Decision: _____

If no, why not? _____

_____

b.   Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes        No        Result: _____

Case No. _____   Date of Decision: _____

If no, why not? _____

_____

☞   **Post-Conviction:**

c.   Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes        No        Name of Court: _____

Case No. _____   Date Petition Filed _____

Did you receive an evidentiary hearing?   Yes        No

Result _____   Date of Result: _____

If you did not raise this issue, why not? _____

_____

d.   Did you appeal *this issue* to the Alaska Court of Appeals?   Yes        No

Result: _____

Case No. _____   Date of Result: _____

If no, Why not? _____

_____

e.   Did you appeal *this issue* to the Alaska Supreme Court?   Yes        No

Result: _____

Case No. _____   Date of Result: _____

If no, Why not? _____

_____

☞   **Other Proceedings:**

f.   Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?   Yes        No

If yes, explain: _____

_____

_____

_____

**Ground**   (a – j) ____   (just one), or other:   _____

_____

**Supporting FACTS** (State *briefly*, without citing cases or law)   _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13.    **Exhaustion of state court remedies regarding Ground**   :

☞    **Direct Appeal:**

a.   Did you raise *this issue* on direct appeal from the conviction to the Alaska Court of Appeals?

Yes ____   No ____   Result: _____

Case No. _____   Date of Decision: _____

If no, why not? _____

_____

b.   Did you raise *this issue* on direct appeal from the conviction to the Alaska Supreme Court?

Yes ____   No ____   Result: _____

Case No. _____   Date of Decision: _____

If no, why not? _____

_____

☞    **Post-Conviction:**

c.   Did you raise *this issue* in a petition for post-conviction relief or state petition for *habeas corpus*?

Yes ____   No ____   Name of Court: _____

Case No. _____   Date Petition Filed _____

Did you receive an evidentiary hearing?   Yes ____   No ____

Result _____   Date of Result: _____

If you did not raise this issue, why not? _____

_____

d. Did you appeal *this issue* to the Alaska Court of Appeals?   Yes ____   No ____

Result: _____

Case No. _____   Date of Result: _____

If no, Why not? _____

_____

e. Did you appeal *this issue* to the Alaska Supreme Court?   Yes ____   No ____

Result: _____

Case No. _____   Date of Result: _____

If no, Why not? _____

_____

☞   **Other Proceedings:**

f. Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?   Yes ____   No ____

If yes, explain: _____

_____

_____

_____

If no, Why not? _____

_____

☞     **Other Proceedings:**

f.   Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence

overturned based on *this issue* (such as administrative remedies)?   Yes        No

If yes, explain: _____

_____

_____

_____

18.   Have ***all grounds*** raised in this petition been presented to the highest state court having jurisdiction?

Yes        No

a.   If no, which grounds have not been presented? _____

_____

b.   Explain reasons for not presenting grounds: _____

_____

_____

**Attach a copy the highest state court written decision(s) regarding this conviction.**

If you have not attached copies of your state court written decision(s), why not? _____

_____

_____

## SUCCESSIVE PETITIONS

19.   Is this the first *federal* petition for writ of *habeas corpus* challenging this conviction?    Yes        No

a.   If no, in what court was the prior action filed?_____

_____   Case No.   _____

b.   Was the prior case:  (Check one)   Denied on the merits        or Dismissed on procedural grounds

c.   Date of decision   _____

d.   Are there any issues raised in this petition that were raised in the prior petition?    Yes        No

e.   If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to

file this successive petition?   Yes        No

If yes, please attach a copy of the order.    Attached?    Yes        No

**\*\*\* YOU MUST OBTAIN PERMISSION BEFORE FILING YOUR SUCCESSIVE PETITION. \*\*\***

20.    Give the name and address, if known, of each attorney who represented you in the following stages of the judgment being attacked:

a.    Preliminary Hearing    _____

_____

_____

b.    Trial    _____

_____

_____

c.    Sentencing    _____

_____

_____

d.    Appeal    _____

_____

_____

e.    Post-conviction Proceeding    _____

_____

_____

f.    Appeal from adverse ruling in Post-Conviction Proceeding    _____

_____

_____

21.    Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action?    Yes        No

If yes, state the name of the court and the nature of the proceedings: _____

_____

_____

_____

_____

_____

_____

Date you are mailing (or handing to correctional officer) this petition to the Court:   January 23, 2006

**WHEREFORE,** petitioner prays that the Court grant petitioner such relief to which petitioner is entitled

in this federal petition for writ of habeas corpus under 28 U.S.C. § 2254 by a person in state custody.

_____         _____
Signature of Petitioner                               Signature of Attorney (if any)

_____                   David R. Weber
(Signature of person who prepared this petition, if not         Typewritten/Printed Name of Attorney
Petitioner)
            David R. Weber                             Address of Attorney:
Typewritten/Printed Name of Person who prepared this
petition                                            943 W. 6th, Ste. 132
Address of Person who Prepared Petition:            Anchorage, Alaska 99501
943 W. 6th, Ste. 132
Anchorage, Alaska 99501

### DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed at:   Anchorage, Alaska _____     Date:   January 23, 2006
                     Location where signed

_____                   210735
Signature of Petitioner                               Inmate Number