IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JIMMY A. LAMPLEY, )
 )
                Petitioner, )
 )
vs. )
MARC ANTRIM, and )
SCOTT J. NORDSTRAND, )
 )
                Respondents )
_____) Case No.: A05-293 Cv. (RRB)

**EXHIBIT LIST**

1. Exhibit A, *Ex Parte* Restraining Order D.M. v. Lampley, 3AN-98-44 DV
2. Exhibit B, Letters forming the basis of the charges in State v. Lampley, 3AN-S98-397 Cr.
3. Exhibit C, Six Month Order D.M. v. Lampley, 3AN-98-44 DV
4. Exhibit D, Amended Complaint, State v. Lampley, 3AN-S98-397 Cr.
5. Exhibit E, Motion to Recuse Judicial Officer, State v. Lampley, 3AN-S98-397 Cr.
6. Exhibit F, Motion for Appointment of Counsel, State v. Lampley, 3AN-S98-397 Cr.
7. Exhibit G, Appellants Brief, Lampley v. State, A-7539
8. Exhibit H, Application For Post Conviction Relief, Lampley v. State of Alaska, 3AN-00-13209 Ci.
9. Exhibit I, Motion to Withdraw, Lampley v. State, A-7539
10. Exhibit J, Order Denying Motion to Withdraw, Lampley v. State, A-7539
11. Exhibit K, Lampley v. State, 33 P.3d 184 (Alaska App. 2001)
12. Exhibit L, Second Amended Application For Post Conviction Relief, Lampley v. State of Alaska, 3AN-00-13209 Ci.

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122 FACSIMILE (907) 279-9123

13. Exhibit M, Order Denying Post Conviction Relief, <u>Lampley v. State of Alaska</u>, 3AN-00-13209 Ci.
14. Exhibit N, Memorandum Opinion and Judgment, <u>Lampley v. State</u>, A-8629
15. Exhibit O, Order Denying Petition For Hearing, <u>Lampley v. State</u>, S-11849

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123