IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _Anchorage_

Petitioner: Debbie L. Mueller  DOB 3/27/69

v.

Respondent: Jimmy Langley  DOB 6-10-71

CASE NO. 98-44

**EX PARTE PROTECTIVE ORDER**
**(20-DAY ORDER)**

The above-named petitioner has filed a petition requesting a 20-day ex parte protective order under AS 18.66.110(a). This court makes the following findings and order based on:
- [X] allegations in the petition.
- [ ] testimony of petitioner.  Tape # _____  Log # _____

## FINDINGS

1. The court finds probable cause to believe that the relationship between petitioner and respondent is that of:

   - [ ] a. persons who are current or former spouses.
   - [X] b. persons who live together or who have lived together.
   - [ ] c. persons who are dating or who have dated.
   - [ ] d. persons who are engaged in or who have engaged in a sexual relationship.
   - [ ] e. persons who are related to each other up to the fourth degree of consanguinity, whether of the whole or half blood or by adoption, computed under the rules of civil law.
   - [ ] f. persons who are related or formerly related by marriage.
   - [ ] g. persons who have a child of the relationship.
   - [ ] h. minor child and a person in a relationship described in a. through g. above with the minor child's parent, or the minor children of persons in a relationship described in a. through g. above.

   [AS 18.66.990(5)]

2. [X] The court finds probable cause to believe that the respondent has committed a crime involving domestic violence against the petitioner. [AS 18.66.110(a) and 18.66.990(3)]

3. [X] An ex parte order is necessary to protect the petitioner from domestic violence. [AS 18.66.110(a)]

4. [X] Petitioner has certified in writing the efforts made to notify respondent of the petition. [AS 18.66.110(a)] Respondent [ ] was [ ] was not notified.

5. Other findings: Respondent is in custody and is threatening to kill petitioner

### PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's request for an ex parte protective order is **GRANTED**, and **it is ordered that:**

   ☒ a. respondent not threaten to commit or commit acts of domestic violence, stalking or harassment. [AS 18.66.100(c)(1)]

   ☒ b. respondent not be in the physical presence of, telephone, contact or otherwise communicate directly or indirectly with petitioner except:_____
   [AS 18.66.100(c)(2) & (16)]

   ☒ c. respondent leave and stay away from any residence of petitioner.
   ☒ Respondent is not to be within 2 blocks ~~feet/miles~~ of petitioner's residence. [AS 18.66.100(c)(3) & (4)]

   ☒ d. respondent stay away from and not telephone or contact the following additional locations:
   ☐ petitioner's school   ☒ petitioner's place of employment
   ☐ the following places frequented by petitioner or a member of the household:

   | Place | Name of Household Member |
   |---|---|
   | | |

   Exceptions:_____
   [AS 18.66.100(c)(4) &(16)]

   ☒ e. respondent not enter or follow a vehicle in the possession of or occupied by petitioner. [AS 18.66.100(c)(5) & (16)]

   ☐ f. petitioner shall have possession and use of:

   ☐ the following vehicle and all keys to it: License #_____
   Description_____

   ☐ essential personal items, including:

_____
_____
_____

[AS 18.66.100(c)(10)]

☐ g. respondent not possess or use controlled substances.
[AS 18.66.100(c)(11) & (16)]

☐ h. respondent pay $_____ per month for the support of the petitioner while this order is in effect, beginning on _____.
[AS 18.66.100(c)(12)]

☐ i. respondent may return to the residence located at_____
_____ only with a police escort to pick up essential personal belongings, clothing, and _____
_____
[AS 18.66.100(c)(16)]

☐ j. respondent not sell or dispose of any personal property of the petitioner, any property jointly held, or any disputed property. [AS 18.66.100(c)(16)]

☒ k. other _Respondent is not to call Petitioner_
_Vail - The jail is to monitor_
_his phone calls_
_____

2. **Child Custody/Visitation/Support.** [AS 18.66.100(c)(9) & (12)]

**It is further ordered that:**

a. _____ shall have temporary custody of the child(ren) listed below (name and date of birth):
_____
_____
_____

b. _____ may not remove the child(ren) named in paragraph 2.a. from the State of Alaska, except_____
_____

c. Visitation. The court finds that the safety of the child(ren) and petitioner
☐ can be protected. Therefore, visitation shall be allowed per AS 25.20.061 as follows:
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____

☐ cannot be protected. Therefore, visitation will not be allowed.

d. **Child Support.** The court finds that the obligor named below is legally obligated to support the following children named in paragraph 2.a.:_____
_____. Therefore,
_____ shall pay to _____
(obligor)                                              (obligee - custodian of the children)

$_____ per ☐ week ☐ month ☐ _____

beginning on _____ and continuing while this order is in effect.

Support checks must be sent to:_____
(address)

3. ☒ The petitioner has requested a long-term order. A hearing on this request will be held at:

Court Location: 303 K St. Rm #3M  Judge: Wells

Date and Time: 1-26-98 @ 1:30 p.m. 3rd Floor

**Respondent:** The court may issue a long-term protective order against you at this hearing <u>even if</u> you do not participate in the hearing.

**Petitioner:** If you do not participate in this hearing, there will be no long-term order issued and this ex parte order will expire after 20 days unless it is modified or dissolved by the court earlier.

**Both Parties:** If child support will be at issue (that is, if child support is requested on page 5 of the Petition), both parties must bring to the hearing a completed DV-101, Child Support Information form. This form is available at the court clerk's office.

***** NOTICE TO RESPONDENT *****

Violation of this order may be a misdemeanor, punishable by up to one year of incarceration and up to a $5000 fine. [AS 18.66.130(d)(1) & AS 11.56.740] If you violate this order, you can be arrested by a peace officer without a warrant. [AS 18.65.530 & AS 12.25.030(b)]

If you are convicted of assault in the fourth degree committed in violation of this order, you will be sentenced to at least 20 days in jail. [AS 12.55.135(c)]

If you are ordered to have no contact with the petitioner or to stay away from the petitioner's residence, vehicle, or other place designated by the court, an invitation by the petitioner to have the prohibited contact or to be present at or enter the residence, vehicle, or other place does not in any way invalidate or nullify the order. [AS 18.66.130(d)(2)]

***** NOTICE TO BOTH PARTIES *****

While this protective order is in effect, both petitioner and respondent

1. must keep the court informed of a means of contacting you (address and phone) so the court can notify you should there be any further action in this case (ask for confidentiality if necessary);

2. have a continuing duty to inform the court in writing of pending civil actions or domestic violence criminal actions involving either the petitioner or the respondent. [AS 18.66.150(b)]

### WRIT OF ASSISTANCE

TO: Any Peace Officer, State of Alaska

You are commanded to use every lawful means to enforce the above order. You shall:

- [ ] escort and assist petitioner to obtain possession of the residence at _____ _____ and remove respondent if necessary.

- [ ] escort and assist petitioner to safely obtain possession of the items listed in paragraph 1.f. of this order.

- [ ] assist respondent to recover undisputed personal items, clothing or other property listed in paragraph 1.i. of this order. You shall notify the petitioner of the time and date you will accompany the respondent to the residence. The petitioner may be present. Any item the petitioner objects to respondent removing, you shall restrain the respondent from removing from the residence.

- [ ] assist _____ to obtain physical custody of the minor child(ren) named in paragraph 2.a. of this order from any other person. You may enter any location where you have probable cause to believe the child(ren) may be found.

You shall also: _____
_____
_____

Exhibit A
Page 5 of 6

5 of 6
DV-110 (11/96)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)                     AS 18.66.100-.990

## MODIFICATION

Either party may ask the court to change or end this order. A form for making this request (form DV-135) is available at the court clerk's office.

## EFFECTIVE DATES

This order and writ will be in effect for 20 days unless modified or dissolved earlier by court order.

1/7/97
_____
Effective Date and Time

_____
Judge/Magistrate

_____
Type or Print Name

I certify that on _____
a copy of this order was given or mailed to:
☐ petitioner   ☐ respondent
☐ AST          ☒ local police — Per Service
☐ _____

Clerk: BJ

The undersigned, certify that this is a true and correct copy of the original document on file in the Superior Court Third Judicial District, State of Alaska.
ATTEST:
Clerk of the Trial Courts at Anchorage
By: B Jones                Deputy Clerk
Date: 7-21-98