

Exhibit B
Page 1 of 39

1-8-70

Dear Debbie,

Hi there! I hope your doing better with me out of your hair. For me I just got this huge hole in my heart. One day, the one person I love along with her son are all of a sudden gone. I don't know exactly how to deal with the pain its causing me. No I don't want you gone totally outta my life. It fucken sucks Hon

I'm sorry for making you so MAD and hurting you, I truly am... I love you two with All of my HEART. I don't Really know why I threaten you at all; I guess I want you to feel the same pain and hurt your inflicting on me. I do NOT Like Threating you or anyone else at all, but I just seem to open my mouth up when I should keep it shut... I'm EXTREMELY sorry about Kody seeing us mad at each other, my mind was not of him but concerned about going back to Jail. He was in NO danger of either one of us, so it was not on the top of my list. You did ASSUALT me several times in a row right in front of him. I do NOT know why your even trying to denie it. You struck me first and you know that. If your dening that due to your son? I'll take full Blame. I don't want you losing Kody by going to Jail. Debbie, You do need counseling for both Alcohol and anger problems. PLEASE Get some for ~~████~~ You... I AM I want you to know no matter what happens between us I'll always love you and Kody very, very much. I'm always going crazy wondering if you two are alright. Both of you guys are and always will be in my prayers to God every Day.

I DO NOT CARE If you turn this into the Police... I only say this because this letter is from my heart. And No Judge concerns me. Only GOD does...

From now on PLEASE do not involve my parents address, # er or names again to the courts. I do NOT Live there and their not involved in my life when I'm away. Due to the last time, I'm concerned that one of them could get hurt if the cops come looking for me there. My dad had a gun pulled on him In his own house when they were looking for me, but they don't realize I don't live there and that could get some one hurt when they break in the house with out announcing who they are, and with out a warrant and my dads comes out running into Gun Point of One of the Officers, which he did do.

No matter how messed up I am, or you think I am, there will always be a HUGE space in my Heart for you and Kody. Don't think anything sarcastic because I'm very Serious.

## I LOVE YOU TWO !!

I know your mad but I'm gonna try Dammit.

With Love
Jim Lampley

P.S.

Your scaring the
Hell outta me.
PLEASE STOP,
I Will...., Regardless



1-8-98

Dear Debbie,

Hi there, I hope your doing good... As for me I'm just really lost in pain. As you can see by this Letter I do not care about the papers that were served to me. So I guess I'm breaking the law, I'm not really sure because I do not understand what it suppose to tell me for sure. All I know is if I get a new charge they'll tell me in court I guess. And all that means is I get another trial date to go to with you. I Really don't care any more as to what they decide to do to me, Its over for me for a long, long, long time.

Debbie, I would really like to thank you for getting my stuff to my brother so I can get some of my legal papers from my bag. I surely hope you did not take away my only memories of you. Examples like letters, cards, Pictures ect. I imagine that you did along with my clothes you bought me for x-mas. Speaking of which, x-mas was not that bad at all after you finally made it there. Up until that time it really sucked, kinda like right now....(Hint-Hint) I'm trying to just think of the positive things I did for you like your car, roof, Dishes, Laundry, groceries ect. and the furnace. Between that and the car and the Roof I did most all that was absolutely necessary for you befor it went bad and all. I'm Glad it was done before I went Jail. because I can't help you from here. That would have been One Hell of a diaster if the Roof caved in. Especially on you or Kody or anybody else, I would have killed you Instantly....

I knew your mad at me but I'm lost, concerned and lonely with out you to talk to as EVEN a Great Friend that

you are. I don't care what the courts say, but <u>only</u> what my heart tells me to do. for what ever reason I keep on calling you and writing you. Why I don't know, except my heart is extremely hurt and lonely with out you. There is alot of Guilt in it too... It has it share of anger, Its also very scary that you might not ever be around again. I'm in so much shock I can't even cry right now except when I start to think I'm coming out of it then realize that I'm right back in it doe to reality hitting me in the face. Just like being here. No I don't want to be here, I'm in a room with Bret maness wich is charged with first degree Murder, Brent Williams wich is charged for Robbery of 7-Elevens and Murder of that guy that only got them 30⁰⁰, Also there is a Mr. Ramsey which shot and killed about Eight kids at that school in Bethel I think, A Pedro ? for shooting a Guy in the head at some parking lot here in anchorage, And that Guy Seals they flew Back from Arizona for a murder 1ˢᵗ charge. These that I know there names. About 3 other on murder charges also. It's Really time for me to do life or get out Now No Exceptions. If I do not Get out now I going to do life the way I feel now....

(annotations: "Two man cell my cellie" — "Bret maness" — "R JAIL")

   Debbie, I'm really sorry you get to hear all of my problems but for what ever Damn reason you seem to always help me in my mind. —

   If you want to turn this in Do so to the Police.. This is written on 1-8-98. Otherwise I don't know what. All that I can say is I love you very much and miss your Beautiful face. I Probally write again later

P.S.

Exhibit B
Page 6 of 39

I Love You!!
Jim Lapley



Dear Debbie,

Hi Gorgeous! How are you doing? Probably Great without me!! I would like to know why you treat people the way that You do? No we're Not talking about me, that will come later. I do and always have treated you like a Queen. You knew that Your a EXTREMELY BEAUTIFUL WOMAN!! and that, I believe, is the reason that I fell in LOVE with You. You can also seen a Beautiful and sweet Personality that it's very hard not to like You. But When You EVEN take a small part of that away, it can make a person hurt real bad!! Love is not always fun at times when your having some problems with a true loved one, Yes, that's you Debbie!! It's hard

Debbie, The purpose of this letter is that I want You to know that I really Miss You alot and need Your companionship at least as a friend!! I know its hard right now but I seriously fell in Love with you and I kinda thought that by the way you treated me You felt the same way about me!? I know that Your MAD at me, but PLEASE Talk to me, write me, visit me or something. I Do NOT Like you not being around me. You know I like my HUGS and kisses from You, Your smiles and all this!! Its seriously destroying me. If You have to Yell and scream at me until you get it out of Your system, but at least talk to me PLEASE. Cuss me out or what ever but PLEASE do something besides ignore me. You really offended me and hurt me enough to make me cry when I found out You Gave my X-Mas Presents Back. Don't Push it ☺ Now, Put Your BADGE aside along enough to remember how I treat You and think about how much I care for You and Love You. What Your doing is DESTROYING me with You hurting me. You mean the WORLD To me

[Margin notes, left side, written vertically:] Job I love you... please remember I love you, I love you with all my HEART. I here in my HEART, always be right here in my HEART. You'll always be right here in my HEART. If you feel the need to please give this to the next boy/guy... no matter what you do, you'll always be right here in my HEART.

PLEASE DON'T take that away from me. I know I certainly don't NEED you, but I would love for you to be around me, for at the very least, the REST of MY LIFE!! Don't be a smart ass and say something sarcastic like you have done before, then turn around and tell me that your sorry and didn't mean it.

I've been praying EVERY Day that we can work things out to where we can get along and be together. You had alot of stress built up during the time I was out and that I believe caused you to turn away from me. I know some things you have to keep telling me because I forget or just simply do not know how to do. I know that really frustrates you which in turn hardens your attitude severely towards me. I guess I'm to stupid for you in some ways that does really count to you. Deb, I'm not perfect and I truly wish I knew how to do these certain things for you, and most importantly for myself. Like you said to me and everyone else, I do NOT NEED JAIL!! PLEASE Don't think I'm going to bother you when I get out!! I'm NOT that way OK, If so I'm sure you would have never gotten back together with me.

Debbie, I want you to seriously put aside any anger and bad emotions that you think you might have towards me and then really think if I'm really all that bad of a person to you and others. If you do that I know you'll agree with me!!?

I LOVE You, Debbie, and If you change your mind you know how to get a hold of me! PLEASE Do!?

with love
Jim [Templ?]
1-10-98

Kim Lampley
Cook Inlet Pretrial Facility
1300 E. 4th Ave.
Anch, AK 99501

Sim & Debbie Lampley
12330 Landmark St
Anch, AK 99515

mailed 1-13-98

Indigent

10 p.m.

Dear Debbie,

Hi babe, How are you doing? Yes, I do know your mad at me but I've told you how I felt about what I go through when we are seperated. This is the exact same thing that you said you go through every time we're seperated by what ever it is that causes us to be away from each other. I miss your friendship Badly, so I want you to talk to me in a normal way with out argueing. There is a piece of me that is gone right now and it truly scares the HELL outta me. PLEASE try and understand me with out being sarcastic. I'm sure all of your friends know by now, and I'm very sure I'm all the bad guy could ever be and some!!! but we could get past that and stay at least at some what of Distance friends, but at least friends. No I don't NEED you, but it would sure be nice to talk to some body that I'm in love with and care about that will take a little time and listen to each other like we used to do on special occasions we've spent together.

Unfortunately, I WILL, see you in trial against me!!! NOT A GOOD THING, for us and our feelings towards each other. I'm doing my best to get out now or stay the rest of my life. Getting out is not too easy, but Getting life is about a 2 second Murder. I'm not going to keep on going in and out for a true or phony crime that I'm being accused of. I've had all that I can take. NO MORE this is the last time!!

Don't hate me forever, I could not handle that at all. Dammit I miss you and kedy so much I cry every time I think of you Guys, which is all the

Time. Yes, I'm EXTREMELY Depressed about all of this. There is NO sense in trying to get the best of one another, regardless what who has done what to who. I'm not here in this letter to accuse you or get outta what you have accused me of, and I do not wish to press criminal charges towards you either. My Goal is to Love and Care for You and make sure your all right and to stay my BEST friend

Debbie,
You will Always be,
As fresh,
As flowers,
On a Sun filled
Blooming Day.
Lovely, Precious
Heart warming
You!!

P.S
use this as you
feel is needed

I miss and love You!!
Jim Lampley



Dear Debbie

Hey sexy, how are you doing? Great I hope! As for me, I just got slammed into max again, due to a officer not understanding me. No I do not believe its my fault. Yes, as usual. I know what your thinking, Jim's always right no matter what, but I guess you had to have been there. I guess it don't really matter what I tell you, you do not ever believe me any ways.

Any ways you do know that every letter is a new charge against me!? which means one year each consecutively if there not committed at the same time. That is why I'm mailing one a day so it'll add up. And if I can manage to lose all of my good time, I'll do 12 months for a year instead of the usual 8 months on a year, fantastic!! No I really don't want to do any jail time at all, but its not really up to me as far as I can see. No matter, if I'm innocent or not, they will still lock me up, just in case, as they usually do just to shut the people up from complaining so much to them. They've got to know by now that I could have never done all of the crimes they said I've done. I'm talking about the D.A.'s. I use to have a awesome life and untouched mind. Debbie, I do think before all of this you would have had every thing in a man you could ever want from a man and friend. They fried my brain. They've lied so much I almost believe them HA-HA close but no cigar!! Why could I not have problems with DRUGS or something? Do I have such a totally? personality that she had to keep

me or lock me up when she wanted her free space? No, I do not make her cheat on me or make her mad because I told her to leave, which did nothing but cause HELL for me. I do notice now that I'm starting to act a lot like they said I did in the past, Of course I did NOT by no means then or now!!! It's probably due to all the things they put into my mind when hearing it from friends that she told, Police Reports, D.A.'s bitching about how bad they think I am. I guess it wants to sound good to me now, so therefore I feel the urge to act upon it. I Really don't know!! It sucks hard because I've never, EveR been this type of person to any one at all!!! The shit is haunting my mind but I know I am of a solid mind and know I did NOT do 98% of what they said I done, The other 2% percent is due to snapping because they would not Just leave me the HELL alone.

  I'm sorry!! I do not mean to verbally abuse you, Your not the whole problem, some though ☺ You know what I mean if you ever cared enough to listen to me. I hope that you did. I want you to understand me as what I am so we can use that to get along and Just so you know me as a person. I Really love and care about you as a person. I hope that you read these all before you turn them in or trash them or Just what ever that you are doing with them.

  I can't write right right now due to my inner pain.

P.S
Were you Really pregnant? from me?
I Don't know why I ask

I Love You!!
[signature]



Dear Debbie,

Hi there, How are you doing? As for me, I'm just writing another letter to you. Not much is going on in here, as usual. What is there really to do though! All I'm really doing is thinking of You and wonder what is on Your mind. I don't care if you have another man in your life because that is what I expect anyways by your past life that You showed me. No I'm not Holding a Grude, but it is something set in my mind I Guess. Not enough I think though because I still with you this time.

Debbie, One of the things I had a major problem with you was what you did on X-mas and was not with me. My Ex did that same thing and come to find out she was fucking a so called friend of mine. I Guess You scared the Holy shit out of me and Hurt me really bad, but this is not something I could tell you at the time because I Got to trust you until you show otherwise. No matter how much I want to trust You it is so hard due to what you've showed me.

Due to these and other things I don't think I could ever have another descent relationship with any one. You came so close to my heart the thought of you doing certain things is unbearable.

Debbie, I Love you and I'll write you more later on when your thoughts in my mind are not killing me. I miss You very much.

P.S
I don't Hate You,
Your considered a very
special friend, And
I'm not Your Enemy!!

I Love You!! two

and I intend to keep that promise as long as I think as I have about that and I'm keeping up my end of our friendship with you. I'm still doing that in hopes I read you as the right type of person. Don't leave me hangin, I'll always be there for you two, No matter what!! Even if we can't be there as in a loving or sexual type of Relationship!!

No, I may mess up and be wrong because I'm not totally perfect but at least I'm going to try. Even when it hurts badly as it does now!!

With Love!!

J—