Daniel Trhe
Cook Inlet Pretrial facility
1300 E 4th Ave
Anch, Ak 99501

Exhibit A

Jim + Debbie Lampley
12550 Lordron E
Anch, AK, 99515

Dear Debbie

What's up? Not much here but a couple new write ups. as a result of that it got me put into max again — Yes she did do what I thought she would do and that was change my words around to her benifit. Any ways I hope your doing great!! me I'm just working on my problems with these cops here, same shit as at 6th Ave when you had all the problems with them being assholes to you.

By the way I still have normal use of the phones, but choose not to call you, but instead write to you because it then is in black & white for you to go to court with and hang me!! You do know that if you call the Police about my letters and past phone calls that you can get them to charge me with one year each. Calling DOC. does nothing at all since the phone number is not in your name or the address. So its best to call the police and have me charged. However You'll have to go to court for each complaint and sit in each trial that I will DEMAND.!!

Debbie, I'm SORRY I have to sue your Mom for money that is owed to me, If she chooses not to pay I will have a peace officer give a summons to her at your Grandma "Vera's" house in Soldotna. She will be found and served regardless if she don't pay up here shortly!! I hope you don't get the BOOT!! Sorry but I'll be damned if I get the royal screw any more!! I've tried and tried and tried and tried and fucken tried, but HELL No Jim you ain't got shit coming for

Damnthing I've worked my ass of for and that my Dear is totall bullshit, and you know damn well what I mean. It's Not fair to me.

      I Love you with all of my heart Debbie!! I am serious about You you mean every thing to me and some. Yes I would have married you if you could stop charging you mind and playing with my head and emotions to the EXTREME that You do. You took totall advantage of that!! It's not fun. I've always treated you Great, but Got a bad attitude in return. Maybe you didn't notice it because your not the one on the recieving END of It!! Yes babe it does so both ways and I'm not and have not EVER Denied that. I've allways been more than willing to listen to you but you don't talk, but Just clam up or explode, However I don't always Jump on what you want me to do, due to not being able to while on 3rd party, and that angers you I know!! I'm truly SORRY for that.

      I will keep on continuing to write you as long as I can!! PLEASE understand my ANGER, HURT ect I do Love You and I care for You and kody very much and that will NEVER EVER change!! I know you are disagreeing with me to the fullest extent, but I sincerely do care deeply for you two

P.S. Don't owe Nothing t I'll send any hey "offer" +t squared say that I send you Just Because!!

      I'll write more later on tomorrow

          I Love You!!



Jim Lample,
Cook Inlet Pre Trial Facility
1300 E. 4th Ave
Anch, AK 99501

Jim + Luana Lample
13550 Lordnock
Anch, AK 99515
mailed 1-20-08

Insignett

Exhibit B
Page 22 of 39

How are you doing? I Hope just fine, and kandy too!!
I really am having a hard time my self, but I thank you
know. I don't know what to write, because I don't think
You really care anyways. But then again I don't ever
know what you care about untill you get mad at me.
A lot of times, I find myself having a hard time telling
whats on your mind because you don't talk it out,
unless you are drunk or stoned or on Donitas Pain
killers do I get, either a Extremely Great attitude or
a Extremely Bad attitude, which usually means I go to
Jail if its a Bad one, If its a Good one you make love
to me several hours on End and the next day. Your
NOT consistent at all or just a happy medium.

Debbie I'm still in Love with you and I don't know
why and its screwing me up BADLY!! I do Know that when
I went OFF in court I had so fucking much hurt and
Pain, I did not care if I got into trouble by me
threating the Judges life. I could Not calm and get
it out so I got MAD and let it out. However as a
result The Judge Ordered for me to be admitted in
to API for Competency Evaluation to be done on me.
I refused to comply with it and now waiting to see
whats going to become of that.

My problem is I'm in love with you and I'm
having trouble accepting whats going on. I feel like a
meaning of life has been taken away from me and
it hurts so bad I just feel totally crushed. Yes
I do know how you feel!! No its Not a Good thing

1 of 2

...could be all over den any of this to you. You really hurt me a lot letting Kody answer the phone and then have him hang up on me. That shits NOT funny !!!!! I know what your point is, but don't come across to me with a message like that, PLEASE!!?

   Will you EVER forgive me for not understanding you, so much that we have to argue to communicate.

   Debbie, the only reason I'm even trying to work things out is because I know EXACTLY how you feel about me and how much you love me." And I do feel the same for you too"

   Our Anger got the BEST of us, and it made us BREAK our PROMISES to Each other!' You should know what I mean.

   If you EVER want to talk to me when I get out, You have to make contact with me, Because I'm NOT Going back to Jail over Any one Again!!" They would put me back in Jail if I did

   I miss and love you very much!' I know your tired of me saying that, but I do and your always on my mind to always make me want to say that.

   I'll write more later on ok? I hope you even read my letters, I would like to think that you would

                                    with love!!
                                    Jim Sampley

P. S
I NEED A HUG!'

(left margin, vertical text) I have so many things to concentrate on and not mix it up and this is because of what Pops is trying to write. It is due to stress, hurting, lovin, making it. I all so 3 H's



Exhibit B
Page 25 of 39

Hi there, How are you doing? Well I went to court
today about trying to contact your mother at herhouse
NOT Yours!! Now why did you go and lie to the police
about me contacting you, You know Damn well I left
Only a message for your mother, I never EVER Asked
for you or did I want to talk to You." I did NOT
ask for You, I left a message with who ever answered
the phone!! Now why did you wait untill the 5th day
to make a complaint? Is that when you got HER
Bill that is sent her? You do KNOW that there is
No restraining Order with her name on it, so why are
you trying to do what You did in wasilla, which
was try and make a complaint for some one else of
age to get me charged because You were the one
MAD at me!? Now if they want to file or Press the
charges thats up to them, Not You Debbie, So STOP
trying to run their lives for them. Now You do know
that a Supervising SGT here at Cook Inlet Pretrial, did
monitore my phone call only after he dialed the number
after first checking it to see who's name it was listed
under, ofcourse it was NOT Yours. He can also verify
I did NOT ask for You, but only tried to leave a
message with the answering machine for you mother!!
which ofcourse Now it looks like legal Action.

    Yes, this letter is in violation and I do hope
that You do turn it in to the Police. Now while on
the subject how come you have NOT called the police
for my phone calls to you, and for my many letters

1 of 4

nicely that you could have him susspeno the phone
log of all the out going calls from the institution !!
Now you figure 30-40 calls a week for a weeks worth of
time would get me alot of time to look at.!! You
do remember that would be 0-1 year EACH time!?
True story, not to mention all of my letters to
you which is one a day since you restraineng
order !! Damn that Looks like the rest of my life
once all added up.

PLEASE DON'T think I'm a ASS HOLE !! It's
Just that I'm NOT going to KEEP ON Going in
and outta Jail, It's either life or Not at all !!

I Guess its up to You, as to what you do with
all of these violations that "I am Guilty of !!" I'm
NOT try to SCARE, STALK, HURT You I'm Just Not
going to go through this HELL Every time we have
such a stupid problem. So its in for life or Not,
its Your call !!

Debbie, You know that You and Kody mean
absolutely everything to me !! I do love both of
You with All of my HEART and its destroying me
having to have to do this, this way !! GOD I wish
I could see you and Give and Get a Hug so BADLY !!

I'll write You more later, right Now I'm getting
very Emotional I Guess if is "what You call it" so BYE for Now

I Love You Debbie

mere fact you mentioned her in your complaints you did
all the damage your self. I Goess what goes around
comes around!! The STATE is going to call her now regardless
of what we say. Do you remember what I said about opening
Doors for them, the State? well thats exactly what your
doing. That means they will be given the right to ask certain
Questions and involve different Evidence witnesses that would Not
normally be introduced such as your mom ect. Remember
that was your choice!! You do know what that means!?

~~I don't know what it is about you,~~ but I cant sleep,
eat, shower, Read a book, Play Cards, Talk, SHiT with
out thinking constantly of You and Kady. I cant
~~Get You outta my fuckenhead for nothing.~~ It's
not bad or I'm not mad at you or anything like
that I'm concerned for you!! Yes I know what your
thinking by that statement!!

I'm Honestly scared and don't know what to
do!! All I Know is I'm counting on your word you gave
me. That was that you would in a sense be there for each
other. My nerves are totally shot to ~~HELL!~~

Life in "RAW HELL" would be better then You being MAD
at me!!

Well I Got Two more disiplinary write ups so far,
And still going for Damn Sure!! FUCK IT!! I'm
sick and tired of trying to do and be Good Just to

3 of 4
Exhibit B
Page 28 of 39

Case 3:02-cv-...-RRB    Document ...    Filed 01/24/2006    Page 11 of 21

... like how [illegible] me [illegible] foo at Sixth Avenue Jail, and you NEVER done Nothing to deserve that!!

    Now I'm sitting here Jamin to Senitarium by Metalica what a concept!!

    Deb; I don't know what is forcing me to let go of my anger and trying to keep or once great friendship I do know However that I get a little piece of mind when I'm writing to you, even knowing that you might trash my letters or Even turn them into the police. but I guess I'm going to keep on with them since you have not ~~complained about them~~ that I know of I guess I'm going to anyways Fuck the COPS, JUDGE'S, D.A.'s all to the Greatest Depths of HELL!! I'm done being ~~screwed~~ for No reason, so Now I'm gonna give a whole lot of reason unless I'm cut loose outta here soon!! like in the NEXT few WEEKS 

    Action is the sole medium of Expression
        for my Love to
           YOU!!

    I will write more later since it seems to be as of right now my only piece of mind, why I do Not know. I do know I Love You and MISS You even when your a little mad at me

                Love

Exhibit B
Page 29 of 39





Dear Debbie,

Hi, How are you doing? Hopefully Great! I know as fine and sexy as you are that you should have had several men by now to choose from, but it's the other things about you I'm concerned about, like your car, your health, finances ect.

Debbie about the phone issue, I'm not going to be put on phone restriction OK!! All the Assistant Super-intendent did was pull me aside and tell me that he's not going to put me on phone restriction, but for me to give it some time to cool down. However he did say that he had to document all complaints to make it look like he's doing his job. How else would I get use of the phone right after any complaints are made. The days I've missed making my calls was because I slept through my phone time which has to be coordinated with my hour out time from my cell. I'm on max custody which means I'm locked in a small room 23 hrs a day by myself. Anyways between sleeping through my phone time and court is why I have not made it in time to call you around your work schedule. Other than that I have normal phone access to call you. Sorry for sleeping to late! will you ever forgive me? Hehe☺ If you really love me you will.

I really wish I knew how to make you understand exactly where I'm coming from!! You know I can't explain my self on paper. You do know what I mean right?

(margin, left side, vertical) by today it's 12 pm on friday and what must I make it change it? my time out is 8am monday set out and certain hours we can't work around, it maybe

Debbie I wish you were here with me right now. No not with me in jail." there is so much hurt and pain that I need to get out by talking with you, Its not gonna to go away by itself. I guess I have to wait until I get out to talk to you and hold you again, SORRY."

Well babe, I have to go now since their coming to get the mail. By the way thanks for the cards and Pictures!!

I know that You don't EVEN understand my letters or all of my thoughts, but PLEASE, try to understand me and my problems I'm going through, it's NOT easy Ok, But because I do sincerely Love and care about you very much and miss you much too!! am I EVEN Trying ok!! And I'm going by past Experiences and what you're told me as to how you feel about me!!        I love You Debbie!

Jim Tansley

P.S.

PLEASE FORGIVE
     ME ??

Thats All I Ask!!

STOP HURTING ME!!

  YES YOU ARE, AND

I'M SCARED OF THAT

Exhibit B
Page 32 of 39

Jim Langley
Cook Inlet Pre Trial facility
1400 E. 4th Ave.
Anch, AK 99501

1-24-04

Jim + Debbie Langley
10550 Landmark Ct
Wasilla, AK 99515
Mailed 1-22-04



Endorsement

Dear Debbie

Hi Gorgeous! How are you doing? I know your still mad at me, and that is probably not Good for you attitude towards me. I know You've talked all kinds of shit about me to Every body that knows us!! Knowing you ya'll regret it as usual later on when your not mad and lonely, I know you and you can't deny it!! I do want to say how SORRY I am that I hurt yours and Kody's feelings toward me, and I will apologize for that. I Love You two!!

Debbie, Don't You Dare Hate me forever, I'm fucken going insane as it is, I know you probably Don't Even care. I PRAY to GOD that you do though all the Damn time!! I can't get you outta my mind. It's all of my Best and last, latest, or Only NEWEST memories are of You!! Ofcoarse Kody too. Now it's all gone. It really sucks bad, BAD Enough I want to Just CHECK OUT I think. You scrambled my fucken Brain all to HELL. I Guess what I'm saying is 70-75% of the time I feel that I'm being mentally ABUSED by You!! You know me All I try to do is make You Happy by complimenting you and trying to do eveything I possibly can for you EVEN when I can't, and you still HURT ME!! Believe me its very true. This HURT BUILLS Up, and thats when I say mean things to you, That are NOT TRUE, and I do certainly regret it later and feel hurt myself for even saying stupid shit to you! I know for a fact I Love You very much, and do NOT want to Lose that for you, no matter what comes between us!! Not Even if

we can't even stand to Look at each other. Debbie, I DO HAVE a VERY forgiving HEART or a very BIG space in it for You, ALWAYS and forever that will NEVER EVER change!! I Don't EVER want to Lose my friendship with You!! It don't EVEN matter if You do or don't Testify against me, I Just want to be able to talk with you. Even if I'm in Jail, I'm seriously in love with you

I want to HATE You for this Pain, But I can't because I don't want to!! I'm seriously, mentally fucked up over this!! I CAN'T TAKE This NO MORE!! I GOTTA GO for Now!!

Sincerely, with Love
Jim Langley

P.S.

would You PLEASE AT LEAST send me a PICTURE OF YOU?
If NOTHING ELSE
I Love You!!, I Love You!!
I Love You!!, I Love You!!
I Love You!!, I Love You!!
I Love You!!, I Love You!!
I Love You!!, I Love You!!
I Love You!!, I Love You!!
ON AND ON AND ON

Jim Lampley
Cook Inlet Pre-Trial Facility
1330 E. 4th Ave.
Anch, AK 99501

Return to Sender

Jim & Debbie Lampley
12330 Landmark St
Anch, AK 99515
mailed 1-28-98

Indigent

Exhibit B
Page 36 of 39

Dear Debbie,

Hi there, How are you doing? Great I hope! As for me I feel I being put in a Bad situation, where as I feel I have no other choice to file my law suits!!

Debbie, If You want to work this Out, I won't file the legal papers You should have recieved along side, but seperately with this letter, Their not filed YET!!

I don't want to sue, and I will not sue my friends, So are You my friend as you say you were? If so this could be immediately resolved by other more Civilized means without the Embaracessment this could bring!! In fact All (3) cases could be done at the same time, Two for you one for your mom!

Your really making it hard on me and it hurts really, Fucken BAD, its tormenting me to death!! I Love You very much, Debbie!! Please Get in touch with me, so as we "might" resolve, these problems!! You know where I'm at, I'm not by no how asking you to Break the law or lie for me, I dont care even if You choose to testify against me OK!!

A little forgiving NEVER Hurt No one that I know, So Please work with me I'm honestly trying my self!! I only want what I earned my self!! Nothing less Nothing More!!

P.S

I NEED A HUG FROM
You, Debbie!!

I Love You!!
Jim Langley



Indigent

Jim Lample
Cook Inlet Pretrial facility
1300 E.4th Ave
Anch, AK 99501

Jim + Debbie Lample
10'360 Landmark st-/
Anch, AK 99515
mailed 1-24-98

Exhibit B
Page 38 of 39

Hi, its me again! How are You and Kody? Yes I do care alot about You two. I love you two very much and it does hurt to be away from You!! To bad we do not know how to get along all of the time.

Anyways I don't have much time to write because I have not much time to write since I have to try and prepare for what I want to tell the Judge in regards to my Psychological Evaluation that was done on me. This from Dr Lazur that I seen.

Debbie, I don't want You to take that letter the wrong way, but I do have to protect my self in a legal way through to make my point clear. I know it really Pissed You off I'm sure, but try my shoes!! No Not a Good thing!! I'm not Pissed though, but Hurt is in the right direction, but still a EXTREMELY weak word)!!

I'll write more later on so you can turn it into the police. Take care of Yourself and Kody!! I really miss you two alot!!

I Love You two!!
J—

P.S.

I'm always thinking of You!!