IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,            )
                            )
      Plaintiff,            )
                            )
   vs.                      )
                            )
JIMMY LAMPLEY,              )
DOB: 06/10/71               )      FILED IN OPEN COURT
AK ID/OL: 6163513           )
SSN: 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            )      Date: 10-6-98 dje
ATN: 102039309              )
                            )
      Defendant.            )
_____)

Court No. 3AN-S98-397 Cr.

AMENDED INFORMATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or a witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSES  Per AS 18.66.990(3) and (5)
   [X] ALL COUNTS    [ ] NONE    [ ] SPECIFIED BELOW
   Count Charge

COUNTS I - XIII
VIOLATING A DOMESTIC VIOLENCE PROTECTIVE ORDER
AS 11.56.740(a)

THE DISTRICT ATTORNEY CHARGES:

COUNTS I - XIII

That from on or about the 10th day of January to the 1st day of February, 1998, at or near Anchorage, in the Third Judicial District, State of Alaska, JIMMY LAMPLEY unlawfully and knowingly violated a provision of an order issued under AS 18.66.100-180 on a total of thirteen occasions.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Each of which is a class A misdemeanor offense being contrary to and in violation of AS 11.56.740 and punishable pursuant to AS 11.56.740(b), AS 12.55.035(a)(3), and AS 12.55.135(a) and against the peace and dignity of the State of Alaska.

I, KeriAnn Scott, Assistant District Attorney, do hereby state under oath that this Information is based upon my review of partial police reports filed under APD case number 98-1801, all of which disclose the following.

On January 7, 1998, D.M. petitioned for an ex parte restraining order against respondent, defendant Lampley. Magistrate Johnson issued the order the same day. Under the order, the defendant was not to "be in the physical presence of, telephone, contact or otherwise communicate directly or indirectly" with D.M., the petitioner. The defendant was served at Cook Inlet Pretrial by A.P.D officer Lantham later that afternoon.

Count I: on January 10, 1998, D.M. received a hand written letter from the defendant, post-marked January 9, 1998. The letter, dated "1-8-98" by the defendant, is addressed to "Jim & Deb Lampley at D.M.'s address. The first line of the letter reads: "[h]i there! I hope your doing better with me out of your hair. . . for me I just got this huge hole in my heart." Further, it also states: "I DO NOT CARE If You turn this into the Police. . . I only say this because this letter is from my

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

heart. And No Judge concerns me. Only GOD does. . ."

Count II: also on January 10, 1998, D.M. received another handwritten letter from the defendant, post-marked January 9, 1998. The letter, dated "1-8-98" by the defendant, is similarly addressed. The first line of the letter reads: "[h]i there, I hope your doing good. . . as for me I'm just really lost in pain." Further, the letter states in part: ". . . As you can see by this letter I do not care about the papers that were served to me. . . [s]o I guess I'm breaking the law. . . .I don't care what the Courts say, but only what my heart tells me to do. . . [f]or whatever reason I keep calling you and writing you. . . ."

Count III: on January 13, 1998, D.M. received another hand written letter from the defendant, post-marked January 12, 1998. The letter, dated "1-9-98" by the defendant, is addressed to "Jim & Deb Lampley at D.M.'s address. The first lines of the letter read: "[h]i Gorgeous! How are you doing? Probably great without me!!" Further, inserted along the side of one page, the letter states: "If you feel the NEED to Give this to the D.A. to prosecute PLEASE do, [b]ut [p]lease remember [n]o matter what you do [y]ou'll always be right here in my HEART..."

Count IV: on January 14, 1998, D.M. received another hand written letter from the defendant, post-marked January 13, 1998. The letter, dated "1-13-98" by the defendant, is addressed to "Jim & Deb Lampley at D.M.'s address. The first

Exhibit D
Page 3 of 7

line of the letter reads: "[h]i babe, how are you doing?"
Additionally, the letter includes a P.S. which reads: "use this as you feel is needed."

Count V: on January 16, 1998, D.M. received another hand written letter from the defendant, post-marked January 15, 1998. The letter, dated "1-13-98" by the defendant, is addressed to "Jim & Deb Lampley" at D.M.'s address. The first line of the letter reads: "Hey sexy, how are you doing?" Further, the letter reads in part, ". . . [a]nyways you do know that every letter is a new charge against me!? Which means one year each consecutively if there not committed at the same time. That is why I'm mailing one a day so it'll add up. . . . "

Count VI: on January 16, 1998, D.M. also received a second letter, similarly addressed and postmarked. The first line of the letter reads: "[h]i there, how are you doing?"

Count VII: on January 17, 1998, D.M. received another letter addressed to "Jim & Deb Lampley" at D.M.'s address, from "Daniel Tree," with a CIPT return address. The first lines of the letter read: "What's up? Not much here but a couple new write ups as a result of what got me put into max again." That letter, undated, states in part:

> [b]y the way I still have normal use of the
> phones, but chose not to call you but instead
> write to you because it then is in black and
> white for you to go to court with and hang me!!
> You do know that if you call the police about my
> letters and past phone calls that you can get
> them to charge me with one year each. Calling

> DOC does nothing at all since the phone number is not in your name or the address. So its best to call the police and have me charged. However You'll have to go to court for each complaint and sit in each trial that I will DEMAND!!

Count VIII: on January 22, 1998, D.M. received another hand written letter from the defendant, post-marked January 21, 1998. The letter, dated "1-20-98" by the defendant, is addressed to "Jim & Deb Lampley" at D.M.'s address. The first lines of the letter read: "How are you doing? I hope just fine, and Kody too!!" Further, the letter states in part:

> Debbie I'm still in love with you and I don't know why and its screwing me up BADLY!! I do know that when I went off in court I had so f***ing much hurt and pain, I did not care if I got into trouble by me threatening the Judge's life. I could not cry and get it out so got MAD and Let it out. However as a result the Judge ordered for me to be admitted in to API for Competency Evaluation to be done on me. I refused to comply with it and now waiting to see what's going to become of that.

Count IX: on January 23, 1998, D.M. received another hand written letter from the defendant, post-marked January 21, 1998. The letter, dated "1-19-98" by the defendant, is addressed to "Jim & Deb Lampley" at D.M.'s address. The first lines of the letter read: "[h]i there! How are you doing." The letter further states in part: ". . . yes this letter is in violation and I do hope that you turn it into the police. . . ."

Count X: on January 24, 1998, D.M. received another hand written letter from the defendant, post-marked January 22, 1998. The letter, dated "1-21-98" by the defendant, is

addressed to "Jim & Deb Lampley" at D.M.'s address. The first lines of the letter read: [h]i, [h]ow are you doing? Hopefully great!" Further, the letter states in part:

> Debbie about the phone issue, I'm not going to be put on phone restriction OK!! All the Assistant Superintendent did was pull me aside and tell me that he's not going to put me on phone restriction, but for me to give it some time to cool down. However he did say that he had to document all complaints to make it look like he's doing his job. How else would I get use of the phone right after any complaints are made. The days I've missed making my calls was because I slept through my phone time which has to be coordinated with my hour out time form my cell.

Count XI: also received on January 24, 1998, was another hand written letter from the defendant, post-marked January 23, 1998 and similarly addressed. The first lines of the letter read: "[h]i gorgeous! How are you doing? I know your still mad at me, and that is probably not good for you attitude towards me."

Count XII: on January 30, 1998, D.M. received another hand written letter from the defendant, post-marked January 29, 1998. The letter, dated "1-28-98" by the defendant, is addressed to "Jim & Deb Lampley" at D.M.'s address. The first lines of the letter read: "[h]i there, how are you doing? Great I hope!"

Count XIII: on February 1, 1998, D.M. received another hand written letter from the defendant, post-marked January 30, 1998. The first lines of the letter read: "[h]i, its me agin!

How are you and Kody?" The letter further states: "I'll write more later so you can turn it into the police. . . ."

During the time of these violations, the defendant was incarcerated on a pending assault charge against D.M..

DATED this 6th day of October, 1998, at Anchorage, Alaska.

BRUCE M. BOTELHO
ATTORNEY GENERAL

SUSAN A. PARKES
DISTRICT ATTORNEY

By: *[signature]*
KeriAnn Scott
Assistant District Attorney

KS:kr

...py of the original on file in my office.
ATTEST:
Clerk of the Trial Courts at Anchorage
By: *[signature]*
Deputy