Jim Lampley
P.O. Box 5001
Seward, Alaska 99664
   pro se

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,         )
                         )
        Plaintiff,       )
                         )
    vs.                  )
                         )
JIMMY A. LAMPLEY,        )
                         )
        Defendent.       )
_____)  Case No. 3ANS-98-397 Cr.

MOTION FOR COURT APPOINTED COUNSEL;
MOTION FOR REPRESENTATION HEARING

VRA CERTIFICATION
I certify that this document and its attatchments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.-140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address or telephone number in a transcript of a court proceeding and or the disclosure of the information was ordered by the court.

   COMES NOW, Jimmy A. Lampley, pro se, with a request for Court Appointed Counsel, for filing of a Post Conviction Relief Application, due to a ineffective assistance of counsel claim; and Motion For Representation, to determine appropriate counsel. This motion is supported by the attatched affidavit by the defendent, in the above case captioned matters.

DATED AT SEWARD, ALASKA, THIS 30th DAY OF August 2000.

                                    _____
                                       JIMMY A. LAMPLEY

Jim Lampley
P.O. Box 5001
Seward, Alaska 99664
    pro se

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,        )
                        )
        Plaintiff,      )
                        )
    vs.                 )
                        )
JIMMY A. LAMPLEY,       )
                        )
        Defendent.      )
_____)   Case No. 3ANS-98-397 Cr.

### AFFIDAVIT OF DEFENDENT

1. That I am the Defendent, in the above case caption.

2. That I need Court Appointed Counsel to assist in my filing of a Post Conviction Relief Application, for my claim of ineffective assistance of counsel, and more.

3. That Court Appointed Counsel ( Public Defenders ) informed me that to pursue an ineffective assistance claim, I had to request different Court Appointed Counsel, as they do not file PCR claims against their own office of attorneys.

4. That I can't pay for private counsel, as I have been incarcerated in prison, since December 28th, 1997. See financial statements in file.

5. That I have had numerous problems with previous counsel that requires a review of counsel to be appointed, as I have numerous counsel appointed in past and present cases.

( 1 OF 2 )

6. That due to being incarcerated at, Spring Creek Correctional Center, in Seward, Alaska, it is required of me to participate telephonically.

FURTHER AFFIANT SAYETH NAUGHT.

DATED AT SEWARD, ALASKA, THIS 30th DAY OF August 2000.

_____
JIMMY A. LAMPLEY

STATE OF ALASKA      )
                     )ss.
THIRD JUDICIAL DISTRICT )

SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME THIS 30 DAY OF AUGUST, 2000, BY, Jim Lapley (DEFENDENT) AT OR NEAR SEWARD, ALASKA.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
November 08, 2003

( 2 OF 2 )

Jim Lampley
P.O. Box 5001
Seward, Alaska 99664
    pro se

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,        )
                        )
        Plaintiff,      )
                        )
    vs.                 )
                        )
JIMMY A. LAMPLEY,       )
                        )
        Defendent.      )
_____)   Case No. 3ANS-98-397 Cr.

<u>ORDER</u>

It is hereby Ordered that, the Motion For Court Appointed Counsel, is Granted, and the Law Offices of, _____ _____, or firm, and/or Attorney is appointed.

_____            _____
DATE                                DISTRICT COURT JUDGE

Jim Lampley
P.O. Box 5001
Seward, Alaska 99664
    pro se

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,        )
                        )
        Plaintiff,      )
                        )
    vs.                 )
                        )
JIMMY A. LAMPLEY,       )
                        )
        Defendent.      )
_____)   Case No. 3ANS-98-397 Cr.

ORDER

It is hereby Ordered that, the Motion For Representation Hearing, is Granted, and is Scheduled for _____, 2000, at this time _____ a.m./p.m., In Court Room # _____, and telephonically from, Spring Creek Correctional Center, in Seward, Alaska, for the defendent to participate.

_____                    _____
DATE                                      DISTRICT COURT JUDGE

Jim Lampley
P.O. Box 5001
Seward, Alaska 99664
    pro se

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,         )
                         )
        Plaintiff,       )
                         )
    vs.                  )
                         )
JIMMY A. LAMPLEY,        )
                         )
        Defendent.       )
_____)   Case No. 3ANS-98-397 Cr.

CERTIFICATE OF SERVICE

I, Jimmy A. Lampley, certify that on the 30th Day of August, 2000, I mailed copies of the following: Motion FOR COURT APPOINTED COUNSEL; MOTION FOR REPRESENTATION HEARING; AFFIDAVIT OF DEFENDENT; and ORDERS GRANTING MOTIONS; to: DISTRICT ATTORNEY'S OFFICE, 310 K ST., SUITE 520, ANCHORAGE, ALASKA 99501; and to: PUBLIC DEFENDER AGENCY, 900 W. 5th AVENUE, SUITE 200, ANCHORAGE, ALASKA 99501.

DATED AT SEWARD, ALASKA, THIS 30th DAY OF August 2000.

_____
JIMMY A. LAMPLEY