IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

In the Matter of the Application
for Post Conviction Relief Of:

JIMMY A. LAMPLEY
(Name of Applicant)

FOR COURT USE ONLY
CASE NO. 3AN-00-13209 CI

APPLICATION FOR POST CONVICTION
RELIEF FROM CONVICTION OR
SENTENCE (CRIMINAL RULE 35.1)

### CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, JIMMY A. LAMPLEY, hereby apply for relief under Criminal Rule 35.1.

### PART A

(Please type or print neatly. Also, if possible, please attach a copy of your judgment of conviction.)

The conviction (sentence) from which I seek relief is as follows:

1. Full original case number: 3ANS-98-397 CR.

   Case name: STATE OF ALASKA VS. JIMMY A. LAMPLEY
   (plaintiff)                                 (defendant)

2. Court which imposed sentence: [X] District Court    [ ] Superior Court
   Court Location: 825 W. 4th AVE.    Name of Judge NATALIE K. FINN

3. Date shown in clerk's certificate of distribution on the judgment: SEE NO. 4

4. Date of sentencing and terms of sentence: FEB. 5th, 1999; N/A D.O.C. TOOK AND DESTROYED MY LEGAL RECORDS, SO, APPROX. 6½yrs.

5. Crime or crimes of which I was convicted: VIO DV ORDER, THIRTEEN COUNTS

Page 1 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

6. I am now [ ] not in custody  [X] in custody at SPRING CREEK CORR. CENTER

7. Mailing address: P.O. BOX 5001, SEWARD, ALASKA 99664

8. The finding of guilty was made after a plea of

   [ ] guilty    [X] not guilty    [ ] nolo contendere

9. Finding was made by   [X] a jury    [ ] a judge

10. Name and address of my lawyer: JILL FARRELL, PUBLIC DEFENDER AGENCY, 900 W. 5th AVE., STE. 200, ANCHORAGE, ALASKA 99501

    [ ] I was not represented by a lawyer.

11. Lawyer was [ ] employed by me   [X] appointed by the court

12. Did you appeal your conviction (or sentence)? YES

13. If you answered "yes" to question No. 12 above, state the following:

    a. the name of each court to which you appealed:

       STATE OF ALASKA COURT OF APPEALS

    b. the result in each court to which you appealed and the date of such result:

       N/A, PENDING

    c. Did a lawyer represent you on the appeal(s)? YES

       State the name(s) and address(es) of your lawyer(s) on the appeal(s):

       MICHAEL DIENI, PUBLIC DEFENDERS AGENCY, 900 W. 5th AVE., STE 200, ANCHORAGE, AASKA 99501

       Lawyer was: [ ] employed by you   [X] appointed by the court

14. Have you filed a previous application for post conviction relief in this case? NO

15. Did you seek any other review of or relief from this conviction or sentence (for example, by filing a motion to modify or correct the sentence, or a petition for habeas corpus or coram nobis in this court or any other state or federal court)? NO

Page 2 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)
AS 12.72.010-.040
Crim. Rule 35.1
Exhibit H
Page 2 of 11

16. If you answered "yes" to No. 14 or No. 15, state the following:

   a. each ground for relief which you previously presented:

   _____
   _____
   _____
   _____
   _____
   _____

   b. the proceedings in which each ground was raised:

   _____
   _____
   _____
   _____
   _____

   c. the results of each proceeding and the date of such results:

   _____
   _____
   _____
   _____
   _____

   d. the name and address of lawyers(s), if any, who represented you in these proceedings (separately for each proceeding) _____
   _____
   _____

   e. lawyer was ☐ employed by me   ☐ appointed by the court

Page 3 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit H
Page 3 of 11

PART B

I believe I have grounds for relief from the conviction and sentence described in Part A.

1. My grounds for relief are as follows: (State which parts of Criminal Rule 35.1(a) you believe apply to your case.)

   35.1(a)(1)(2)(4)-(6) and (9)

2. The facts which support each of the grounds set out above are: (List in the same order as set out in paragraph 1.)

   (a)(1) Conviction resulted in numerous constitutional violations, by Trial Judge and counsel, N/A now

   * (a)(2) To be filed upon further review of law.

   (a)(4) Ineffective assistance of counsel resulted in evidence not being presented.

   (a)(5) Loss of Statutory Good Time was taken resulting in my detainment, past my release of, July 7th, 2000.

   * (a)(6) Presentable by Court Appointed Counsel, as I lack all resources necessary to obtain Trial Records.

   (a)(9) Trial counsel failed to advise me of my rights by deception, filable in more detail by court appointed counsel.

Page 4 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit H
Page 4 of 11

3. I have personal knowledge of the following facts among those listed in paragraph 2: (False statements with regard to facts stated upon your personal knowledge are subject to the penalties for perjury.) _____

_____

_____

_____

_____

_____

_____

_____

4. What evidence, other than your own statements, do you have to prove the facts you stated in paragraph 2 above? (You must attach all affidavits, records or other evidence supporting your allegations or state why they are not attached.) _____

As a prisoner, I can not obtain all Trial records to support my case at this time, as such, all evidence, in any, will be presented through court appointed counsel, who has better access to obtain all necessary to support my claims.

_____

_____

_____

_____

_____

_____

_____

Page 5 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit H
Page 5 of 11

PART C
(Fill out this section only if you claim that you are indigent. You must attach a sworn Financial Statement on form CR-206. Note: AS 18.85.100(c) limits the appointment of counsel in post conviction relief proceedings.)

[ ] I request that the filing fee be partially waived for this application. I am attaching:

1. a filled out CIV-670 PRISONER REQUEST FOR FILING FEE EXEMPTION,

2. a filled out CR-206 FINANCIAL STATEMENT,

3. a certified copy of my prisoner account statement for the past six months from the Department of Corrections (DOC), and

4. a cover memo from the Department of Corrections listing average monthly deposits and average balance in my account.

[X] I request that the court appoint an attorney to represent me in this proceeding because I cannot afford to pay for one. I understand that:

1. I must provide to the court all financial information requested by the court so the court can decide if I qualify for an appointed attorney. This information may be made available to the Attorney General after the conclusion of this proceeding. If I give false information, it may be used to prosecute me for perjury.

2. If my financial situation changes and I do not report this to the court, the law requires my appointed attorney to do so.

3. If my application for post conviction relief is denied, the court will enter a judgment against me which will require me to pay part of the cost of my appointed attorney.* In most cases the court will use the schedule shown below to determine the amount I will be required to pay. However, in unusual circumstances, the court may enter judgment against me for more or less than the scheduled amount. After the judgment is entered, I may request the court to reduce the amount of the judgment if payment would cause manifest hardship to me or my family.

Schedule of Costs For Court-Appointed Counsel

| Offense of Which Applicant Was Convicted | | | |
|---|---|---|---|
| Misdemeanor | Class B or C Felony | Class A or Unclassified Felony | Murder in the 1st or 2nd Degree |
| $250 | $250 | $500 | $750 |

---

* Pamphlet CR-204 explaining the benefits and costs of court-appointed counsel is available from the court.

Page 6 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit H
Page 6 of 11

## GENERAL WAIVER

If I have requested a court-appointed attorney, I authorize anyone to release to the Alaska Court System all information concerning my assets, liabilities, account balances and any income source I have had for the past three years. This includes but is not limited to all current and past employers, banks, credit and depository institutions, accountants, brokers and credit bureaus.

## VERIFICATION

I, __JIMMY A. LAMPLEY_____, say on oath or affirm that I have read all parts of the foregoing document and believe all statements made in the document are true. I understand that false statements in this application may subject me to prosecution for perjury.

_December 1st 2000_  
Date

_[signature]_  
Signature of Applicant

__P.O. BOX 5001__  
Address  
__SEWARD, ALASKA 99664__

Subscribed and sworn to or affirmed before me at __Seward__, Alaska on __1 December__  
(date)

(SEAL)

_[notary stamp: Ed Mahoney, Notary Public / My Commission Expires November 2, 2002]_

Clerk of Court, Notary Public, or other person authorized to administer oaths.  
My commission expires: _____

I certify that on _____,  
a copy of this application was sent to the District Attorney at _____, Alaska.

Clerk: _____

### Expedited Consideration

Under Criminal Rule 35.1(i), you may move for expedited consideration of this application. Your motion must comply with Civil Rule 77(g).

Page 7 of 7  
CR-610 (7/96)(cs)  
APPLICATION FOR POST CONVICTION RELIEF  
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

AS 12.72.010-.040  
Crim. Rule 35.1

Exhibit H  
Page 7 of 11

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT <u>ANCHORAGE</u>

JIMMY A. LAMPLEY,

    Applicant,

vs.

MUNICIPALITY OF ANCHORAGE,

    Respondent.

CASE NO. <u>3AN-00-13309 CI</u>

PRISONER REQUEST FOR
FILING FEE EXEMPTION

I, <u>JIMMY A. LAMPLEY</u>, request exemption from paying part of
(name of prisoner)
the filing fee in this civil litigation against the State of Alaska. As required by AS 09.19.010, I am submitting to the court:

1. the following affidavit and

2. the attached certified copy of my account statement for the past six months from the Department of Corrections, along with a DOC cover memo listing average monthly deposits and average balance.

### AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best of my knowledge and belief.

1. I am a prisoner at <u>Spring Creek Correctional Center</u>
    (name of correctional facility)

2. I am attaching a filled out Financial Statement on court form CR-206.

3. The circumstances that prevent me from paying the full filing fee are: <u>Incarcerated</u>

4. Nature of action:
   [X] application for post conviction relief
   [ ] civil lawsuit
   [ ] appeal of a civil judgment
   [ ] appeal from final decision of an administrative agency
   [ ] other: _____

Page 1 of 2
CIV-670 (6/95)(cs)

Exhibit H
Page 8 of 11

AS 09.19.010 & .100
Adm. R. 10(c), Crim. R. 35.1(c)

5. The following specific facts will, when proven, state a claim on which relief can be granted or entitle me to reversal on appeal: _____

_____

_____

_____

_____

_____

_____

_____

_December 1st_                                                  _[signature]_
Date                                                           Prisoner's Signature

Subscribed and sworn to or affirmed before me at _Seward_, Alaska on
_1st December_
(date)

(SEAL)

Ed Massey, Notary Public
My Commission Expires November 8, 2002
Notary Public or other person authorized to administer oaths.
My commission expires _____

ORDER

It is ordered that the above request is

☐ GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying the full filing fee. The required filing fee will be $_____ (Minimum required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average balance in prisoner's account.)

☐ DENIED. The court finds that no exceptional circumstances prevent the prisoner from paying the full filing fee.

This case will not be accepted for filing unless the filing fee is paid within 30 days after the date of distribution of this order.

_____                        _____
Date                                                 Judge

I certify that on _____
a copy of this order was sent to:                         Type or Print Name

Clerk: _____

Page 2 of 2
CIV-670 (6/95)(cs)
Exhibit H
AS 09.19.010 & .100
Adm. R. 10(e), Crim. R. 35.1(e)
Page 9 of 11

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

( ) State of Alaska
(x) In the Matter of
( ) JIMMY A. LAMPLEY,

vs.

MUNICIPALITY OF ANCHORAGE

Defendant or Minor

CASE NO. 3AN-00-13209 CI

## FINANCIAL STATEMENT

Full Name __JIMMY A. LAMPLEY__   Date of Birth __6-10-71__
Other Names Used In Last Three Years __NONE__
Residence Address __P.O. BOX 5001, SEWARD, ALASKA 99664__
Mailing Address __P.O. BOX 5001, SEWARD, ALASKA 99664__
Home Phone: __N/A__   Work Phone: __N/A__   Soc. Sec. No.*
☐ Married   [X] Single   ☐ Divorced   ☐ Separated   ☐ Widowed
Present Employer __NONE__
(If not now employed, state last employer and date terminated.)
Employer Address _____
Other Employers in Past Year __NONE__
Are you a seasonal worker? _____
Member of Union ☐ Yes [X] No   Which one? _____
Spouse's Name _____   Spouse's Employer _____

I.  DEPENDENTS    Name    Age    Relationship

    0

II. INCOME INFORMATION (after taxes, but before other deductions)

|  | Yourself | Your Spouse |
|---|---|---|
| a. Current Monthly Income | | |
| Wages | 0 | |
| Public Assistance | 0 | |
| Unemployment | 0 | |
| Other (specify) | 0 | |
| TOTAL MONTHLY INCOME | 0 | |
| b. Income during last 12 months | 1719.84 | |

* Social Security number is not mandatory. It may be used to identify your assets.

Exhibit H
Page 10 of 11

|  | Yourself | Your Spouse |
|---|---|---|

c.  Permanent Fund Dividends received
    in last 12 months                    0  _____

d.  Do you expect to receive other money in the next 6 months? ☐ Yes ☒ No
    If yes, please specify _____

III. FAMILY ASSETS - Present Value

| | |
|---|---|
| Cash on hand or in bank | 0 |
| Land, buildings, or trailers | 0 |
| Motor vehicles | 0 |
| Securities: stocks, bonds, notes | 0 |
| Businesses | 0 |
| Snow machines, boats, airplanes | 0 |
| Other: _____ | _____ |

TOTAL ASSETS          0

IV. FAMILY DEBTS - Total Owed

Mortgages          _____
Loans              _____
IRS (back taxes)   _____
Child support arrearages _____
Other: _____      _____

TOTAL DEBT         _____

V. MONTHLY EXPENSES

| | |
|---|---|
| Food | 0 |
| Rent | 0 |
| Utilities | 0 |
| Car payments | 0 |
| Furniture & TV payments | 0 |
| Child support or alimony | 0 |
| Mortgages | 0 |
| Loans  APPROX. | $5000.00 |
| IRS back taxes | _____ |
| Other: APPROX. COURT FINES IS | $5,000.00 |

TOTAL EXPENSES: $10,000.

Does anyone other than you pay for
any of the above expenses? NO

If so, who and how much?
Name: _____
Amount: _____

## OATH

I declare, under oath, that the above Financial Statement is true.

_December 1st, 2000_           _J. Lapley_
Date                            Defendant's Signature

Subscribed and sworn to or affirmed before me on _1 December_ 19 _2000_
at _Seward_, Alaska.           _Ed Massey_
                                Ed Massey, Notary Public
                                My Commission Expires November 2, 2002
(SEAL)                          Clerk of Court, Notary Public or other person
                                authorized to administer oaths.
                                My commission expires: _____