IN THE COURT OF APPEALS FOR THE STATE OF ALASKA

Jimmy Lampley,  )
  )
      Appellant,  )
  )
vs.  ) Court Of Appeals No. A-7539
  )
State of Alaska,  )
  )
      Appellee.  )
  )

(Trial Court Case # 3AN-S98-397 CR)

**MOTION TO WITHDRAW**

> **VRA AND APP. R. 513.5 CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. I further certify, pursuant to App. R. 513.5, that the font used in this document is Universal 12.5 point.

    Jimmy Lampley, by counsel, Michael Dieni, Assistant Public Defender, moves this court to allow it to withdraw as counsel in the above-captioned case. This motion is necessary as a conflict of interest exists in the representation of the Mr. Lampley.

    This motion is supported by the attached affidavit of counsel.

    DATED at Anchorage, Alaska, this 23 day of March, 2001.

                    PUBLIC DEFENDER AGENCY

                      Michael Dieni
                      AK Bar No.: 8606034
                      Assistant Public Defender

Alaska Public Defender Agency
900 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 264-4400

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 23rd day of March-2001, a true and correct copy of the Motion to Withdraw, Affidavit & Order was faxed/mailed/hand delivered to the following: DAO/Burke By: BW.

Exhibit I
Page 1 of 4

IN THE COURT OF APPEALS FOR THE STATE OF ALASKA

| | |
|---|---|
| Jimmy Lampley ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Court Of Appeals No. A-7539 |
| ) | |
| State of Alaska, ) | |
| ) | |
| Appellee. ) | |
| ) | |

(Trial Court Case # 3AN-S98-397 CR)

## AFFIDAVIT

> **VRA AND APP. R. 513.5 CERTIFICATION**
> I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. I further certify, pursuant to App. R. 513.5, that the font used in this document is Universal 12.5 point.

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Michael Dieni, being first duly sworn upon her oath, deposes and says:

1. I am the attorney assigned to represent the Jimmy Lampley in the above-entitled case.

2. Mr. Lampley has filed a Rule 35.1 Petition asserting in part that the Public Defender Agency provided ineffective assistance of counsel in Case No. 3AN-S98-397, which is the trial court case number upon which the present appeal is based. The trial court has designated that case as 3AN-00-13209. Current and past members of staff at the public defender agency may be witnesses advesre to Mr. Lampley's Rule 35.1 claims.

Alaska Public Defender Agency
900 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 264-4400

Exhibit I
Page 2 of 4

1

3. Judge Natalie Finn, the trial judge in 3AN-S98-397 has agreed that the Public Defender Agency has a conflict in 3AN-S00-13209, the Rule 35.1 case based on 3AN-S98-397 and has appointed the Office of Public Advocacy. Averill Lehrman of OPA has entered an appearance. (See attached)

4. Given the obvious pending conflict, it is a appropriate for OPA to take over further proceedings in the present appeal.

Further your affiant sayeth naught.

*[signature]*
Michael Dieni
AK Bar No.: 8606034
Assistant Public Defender

SUBSCRIBED AND SWORN to before me this 23rd day of March, 2001.

*[signature]* Brooke R. Willard
Notary Public in and for Alaska
My commission expires: 6/28/04

[Notary Seal: BROOKE R. WILLARD, NOTARY PUBLIC, STATE OF ALASKA]

Alaska Public Defender Agency
900 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 264-4400

Exhibit I
Page 3 of 4

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

In the Matter of the Application )
for Post Conviction Relief of )
)
JIMMY A. LAMPLEY, )
)
Case No. 3AN-00-13209 CI.

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT

FEB 26 2001

Clerk of the Trial Courts
By _____ Deputy

## ORDER APPOINTING COUNSEL

Pursuant to Criminal Rule 35.1(e), the Office of Public Advocacy is appointed to represent the defendant.

DATED this 26 day of February, 2001, at Anchorage, Alaska.

NATALIE K. FINN
District Court Judge

I certify that on 2/26/01
a copy of the above was mailed to each
of the following at their addresses of
record: Lampley; PDA (Dieni); OPA
_____
Secretary

Exhibit I
Page 4 of 4