# In the Supreme Court of the State of Alaska

**Jimmy Lampley,** )
                          Petitioner, )
                           v. )
**State of Alaska,** )
                          Respondent. )

Supreme Court No. S-11849

## Order
Petition for Hearing

Date of Order: **05/05/05**

Court of Appeals #A-8629
Trial Court #3AN-00-13209CI

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe and Carpeneti, Justices

On consideration of the petition for hearing filed on **02/28/05**, and the response filed on **03/21/05**,

IT IS ORDERED:

The Petition for Hearing is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*
Marilyn May

cc: Supreme Court Justices
     Court of Appeals Judges
     Judge Smith
     Central Staff
     Trial Court Appeals Clerk - Anchorage

Distribution:

David R Weber
Vasquez & Weber PC
943 West Sixth Avenue   Suite 132
Anchorage AK 99501

Kenneth Rosenstein
OSPA
310 K Street   Suite 308
Anchorage AK 99501