Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | MOTION TO EXTEND TIME FOR |
| Scott J. Norstrand, ) | FILING ANSWER TO HABEAS |
| ) | PETITION |
| Respondent. ) | (*Filed on Shortened Time*) |
| ) | |

Respondent asks this court to extend the time for filing a response to Lampley's petition for habeas by 9 days, or until March 3, 2006. This motion is necessary because undersigned counsel for respondent will need a short period of additional time in which to complete the response. Counsel for responded will also be out of the office on February 24, 2006. Because the response is currently due today, a decision on the motion is needed as soon as possible.

I spoke with David Weber, counsel for Mr. Lampley, informing him

of the state's request on shortened time for an extension of 9 days and he assured me that Mr. Lampley would not oppose the state's request. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED February 22, 2006, at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Tamara E. de Lucia
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: tamara_delucia@law.state.ak.us
>   Alaska Bar. No. 9906015

### Certificate of Service

I certify that on February 22, 2006, a copy of the foregoing Motion to Extend Time for Filing Answer to Habeas Petition was served electronically on **David R. Weber, Douglas H. Kossler** and on **none** by regular U.S. mail.

s/ **Tamara E. de Lucia**