Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,  )<br>  )<br>   Petitioner,  )<br>  )<br>vs.  )<br>  )<br>Marc Antrim, and  )<br>Scott J. Norstrand,  )<br>  )<br>   Respondent.  )<br>_____ ) | Case No. 3:05-cv-00293-RRB<br><br>PROPOSED<br>ORDER |

Upon consideration of respondent's request for extension of time to file answer on shortened time, and petitioner's non-opposition to such request, respondent's request for a 9 day extension is GRANTED.

It is hereby ORDERED respondent's answer is now due March 3, 2006.

      DATED _____, at Anchorage, Alaska.

                                     _____
                                     District Court Judge

## Certificate of Service

I certify that on February 22, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler** and on **none** by regular U.S. mail.

s/ **Tamara E. de Lucia**