Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, and )<br>Scott J. Norstrand, )<br>)<br>    Respondent. )<br>) | Case No. 3:05-cv-00293-RRB<br><br>AFFIDAVIT |

Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondent Scott J. Norstrand in this matter.

2. I have drafted a response to Lampley's petition for writ of habeas corpus, however I have not received the final edits from my

        supervising attorney and have not had an opportunity to complete the final draft due to circumstances described below.

3.    Within this week I am responsible for filing the following in the Alaska Court of Appeals: a brief in *Frank v. State*, A-8941; an opposition to over length brief in *Nye v. State*, A-9192; a brief in *Carr v. State*, A-9419; and a brief in *Gladden v. State*, A-9429; as well as working on research and preparation of the state's appeal of the decision in *State v. Greenpeace,* A-9394, A-9393, A-9363.

4.    This is the first opportunity I have had to respond to a federal habeas petition and the editing process has been more extensive than I had anticipated. I have been working for the office of special prosecutions and appeals for two months and am still somewhat unaccustomed to appellate practice. As such I want to pay particular care to drafting the answer in this case and require additional time to do so.

5.    I was out of the office on February 17 and 21 as my family is visiting from out of town. I returned to work today for the purpose of filing the responsive pleading in this case but was told by my supervising attorney that additional time would be required.

6.    I will be out of the office on February 24, 2006.

7.    I spoke with David Weber, counsel for Jimmy Lampley, informing him of the respondent's motion on shortened time for an extension of

9 days and was assured that Mr. Lampley would not be opposing the state's request.

DATED February 22, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Tamara E. de Lucia
           Assistant Attorney General
           State of Alaska, Dept. of Law
           Office of Special Prosecutions
              and Appeals
           310 K St., Suite 308
           Anchorage, Alaska 99501
           Telephone: (907) 269-6250
           Facsimile: (907) 269-6270
           e-mail: tamara_delucia@law.state.ak.us
           Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on February 22, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler** and on **none** by regular U.S. mail.

        s/ **Tamara E. de Lucia**