# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JIMMY A. LAMPLEY v. MARC ANTRIM, et al

Case No. 3-05-cv-00293-RRB-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:  Motion to Extend Time for Filing Answer to Habeas Petition**
Docket No. 9

Upon consideration of respondents' Motion to Extend Time to File Answer and non-opposition to extend the time to file an answer to petitioner's habeas petition, Docket No. 9, said motion is hereby GRANTED.  Respondents answer shall now be due March 3, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

February 22, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases.  The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00293-RRB-JDR LAMPLEY @9 Mtn Extend Time to Respond.wpd