# In the Supreme Court of the State of Alaska

Jimmy A. Lampley,                           )
                                            )    Supreme Court No. S-10389
              Petitioner(s),                )
                                            )
         v.                                 )           **Order**
                                            )      Petition for Hearing
State of Alaska,                            )
                                            )
              Respondent(s).                )    Date of Order: **1/8/02**
_____ )

Trial Court Case # **3AN-98-00397CR**
Court of Appeals # **A-7539**

        Before: Fabe, Chief Justice, and Matthews, Eastaugh, Bryner, and Carpeneti,
Justices

        On consideration of the petition for hearing filed on 10/31/01, and the response
filed on 11/26/01,

        IT IS ORDERED:

        The petition for hearing is DENIED.

        Entered by the direction of the court.

**RECEIVED**
**DEPARTMENT OF LAW**
**JAN - 9 2002**
**OFFICE OF SPECIAL PROSECUTIONS AND APPEALS ANCHORAGE, ALASKA**

                                    Clerk of the Appellate Courts

                                    _Marilyn May_
                                    Marilyn May

cc:    Supreme Court Justices
       COA Judges
       Judge Finn          rvd by: _DHK_
       Central Staff       to: _copy/ce_
       Trial Court Appeals Clerk/Anchorage
Distribution:
       Kathleen A Murphy                          Douglas H Kossler
       Assistant Public Defender                  OSPA
       900 West Fifth Avenue #200                 310 K Street #308
       Anchorage AK 99501                         Anchorage AK 99501