IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JIMMY A. LAMPLEY, )
            Petitioner, )
            vs. )
MARC ANTRIM, and )
SCOTT J. NORDSTRAND, )
            Respondents )
                                       )   Case No.: A05-293 Cv. (RRB)

## MOTION TO EXTEND OPPOSITION DEADLINE AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Jimmy A. Lampley, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and submits this, his Motion To Extend Opposition Deadline And Memorandum In Support Thereof. The State does not oppose this motion.

Mr. Lampley requests an extension to April 6, 2006 to oppose the State of Alaska's Motion to Dismiss. Mr. Lampley's counsel has been unable to address the motion due to the press of business in other cases. (130 + compact discs of recordings in one, 1000+ pages of materials in another.) In addition, Spring Break and resultant family obligations have claimed their fair share of counsel's time.

Undersigned counsel spoke with counsel for the State. This request for a two week extension was related to counsel for the State. The State agreed to not oppose this request and provided permission to include that representation herein.

1   Respectfully submitted this 23rd day of March 2006.

2                                        Vasquez & Weber, P.C.
                                         Attorneys for Jimmy Lampley
3                                        S/: David R. Weber,
                                         943 West 6th Ste. 132
4                                        Anchorage, Alaska 99502
5                                        (907) 279-9122/9123 fax
                                         vw.law@acsalaska.net
6                                        Ak. Bar Assn. No. 8409083

7

8

9

10

11

12

13

14

15

16

17

18

19

20                    CERTIFICATE OF SERVICE

21  I certify that on March 23, 2006 electronic service of a copy of this Motion To Extend
    Opposition Deadline and a Proposed Order were provided to the Court for all counsel
22  of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a)
    and 5.2(c)(2).

23

24                                       S/: David R. Weber

25

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122    FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET