IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARC ANTRIM, and ) | |
| SCOTT J. NORDSTRAND, ) | |
| ) | |
| Respondents ) | |
| _____ ) | Case No.: A05-293 Cv. (RRB) |

### ***PROPOSED***

### **ORDER EXTENDING OPPOSITION DEADLINE**

FOR GOOD CAUSE SHOWN, the deadline to oppose the Respondents' Motion to Dismiss is extended to the 6th day of April 2006.

SO ORDERED this ___ day of _____ 2006.

S/: _____
Honorable Ralph R. Beistline
United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET