IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JIMMY A. LAMPLEY, )
)
                Petitioner, )
)
vs. )
)
MARC ANTRIM, and )
SCOTT J. NORDSTRAND, )
)
                Respondents )
_____ )   Case No.: A05-293 Cv. (RRB)

## ***PROPOSED***

## ORDER GRANTING DISCOVERY AND SETTING EVIDENTIARY HEARING

FOR GOOD CAUSE SHOWN, the parties may conduct discovery in this matter. Discovery shall close on the _____ day of _____ 2006. Motions concerning discovery shall be filed with the Court no later than the _____ day of _____ 2006.

FURTHER ORDERED that the evidentiary hearing in this matter will be held on the ____ day of _____ 2006.

SO ORDERED this ___ day of _____ 2006.

                                      S/: _____
                                      Honorable Ralph R. Beistline
                                      United States District Court Judge

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET