Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) ) Petitioner, ) ) vs. ) ) Marc Antrim, and ) Scott J. Norstrand, ) ) Respondent. ) ) | Case No. 3:05-cv-00293-RRB MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION FOR EVIDENTIARY HEARING AND DISCOVERY (*Filed on Shortened Time*) |

    Respondent asks this court to extend the time for filing a response to Lampley's request for evidentiary hearing and discovery by 11 days, or until April 24, 2006. This motion is necessary because undersigned counsel for respondent will need a short period of additional time in which to complete the response. Counsel for responded will also be out of the office on April 13th and 14th due to illness. Because the response is currently due today, a decision on

the motion is needed as soon as possible.

I left a message for David Weber, counsel for Mr. Lampley, informing him of the state's request on shortened time for an extension of 11 days. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED April 13, 2006, at Anchorage, Alaska.

>DAVID W. MÁRQUEZ
>ATTORNEY GENERAL
>
>s/ Tamara E. de Lucia
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: tamara_delucia@law.state.ak.us
>   Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on April 13, 2006, a copy of the foregoing Motion to Extend Time for Filing Response to Motion for Evidentiary Hearing and Discovery was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**