Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, and )<br>Scott J. Norstrand, )<br>)<br>Respondent. )<br>)<br>_____ ) | Case No. 3:05-cv-00293-RRB<br><br><u>AFFIDAVIT</u> |

     Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

    1.    I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondent Scott J. Norstrand in this matter.

    2.    I am currently out of the office due to illness and request additional time to file.

3.    This is the first opportunity I have had to respond to any federal habeas matters and the editing process has been more extensive than I had anticipated.  I have been working for the office of special prosecutions and appeals for three months and am still somewhat unaccustomed to appellate practice.

4.    I hope to return to the office April 17, 2006, at which time I am responsible for filing the state's brief in felony merit appeal, *Carr v. State*, A-9491.

5.    I left a message for David Weber, counsel for Jimmy Lampley, informing him of the respondent's motion on shortened time for an extension of 11 days.

DATED April 13, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Tamara E. de Lucia
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions
        and Appeals
    310 K St., Suite 308
    Anchorage, Alaska 99501
    Telephone: (907) 269-6250
    Facsimile: (907) 269-6270
    e-mail: tamara_delucia@law.state.ak.us
    Alaska Bar. No. 9906015

## Certificate of Service

I certify that on April 13, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**