IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, | ) |
|       Petitioner, | ) |
| vs. | ) |
| MARC ANTRIM, and | ) |
| SCOTT J. NORDSTRAND, | ) |
|       Respondents | ) |
| | ) Case No.: A05-293 Cv. (RRB) |

### NON OPPOSITION TO STATE OF ALASKA'S MOTION TO EXTEND TIME

COMES NOW Jimmy A. Lampley, by and through counsel, David R. Weber, of the firm of Vasquez & Weber, P.C., and submits this, his Non Opposition To The State Of Alaska's Motion To Extend Time. Mr. Lampley does not oppose the State's motion, filed at Docket 18.

Respectfully submitted this 13th day of April 2006.

> Vasquez & Weber, P.C.
> Attorneys for Jimmy Lampley
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

CERTIFICATE OF SERVICE

I certify that on April 13, 2006 electronic service of a copy of this Non Opposition To The State Of Alaska's Motion To Extend Time was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2).

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET