Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,<br><br>    Petitioner,<br><br>vs.<br><br>Marc Antrim, and<br>Scott J. Norstrand,<br><br>    Respondent. | Case No. 3:05-cv-00293-RRB<br><br>MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION FOR EVIDENTIARY HEARING AND DISCOVERY<br>(*Filed on Shortened Time*) |

Respondent asks this court to extend the time for filing a response to Lampley's request for evidentiary hearing and discovery by 11 days, or until May 5, 2006. This motion is necessary because undersigned counsel for respondent will need a short period of additional time in which to complete the response. Counsel for responded will be out of the office on April 26 through May 1 for a

previously scheduled medical procedure.  Because the response is currently due today, a decision on the motion is needed as soon as possible.

I have spoken with David Weber, counsel for Mr. Lampley, who indicated there is no opposition to the state's request on shortened time for an extension of 11 days.  This motion is supported by the accompanying affidavit by undersigned counsel.

DATED April 24, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Tamara E. de Lucia
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: tamara_delucia@law.state.ak.us
   Alaska Bar No. 9906015

**Certificate of Service**

I certify that on April 24, 2006, a copy of the foregoing Motion to Extend Time for Filing Response to Motion for Evidentiary Hearing and Discovery was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**