Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,      ) | |
|                  ) | |
|        Petitioner,      ) | |
|                  ) | |
|      vs.              ) | Case No. 3:05-cv-00293-RRB |
|                  ) | |
| Marc Antrim, and      ) | AFFIDAVIT |
| Scott J. Norstrand,      ) | |
|                  ) | |
|        Respondent.      ) | |
| ——————————————————— ) | |

Tamara E. de Lucia affirms the following to be true and correct to

the best of her knowledge:

     1.     I am employed as an assistant attorney general in the office of

special prosecutions and appeals, and I am counsel of record for

respondent Scott J. Norstrand in this matter.

     2.     I am requesting additional time to file a response in this matter, due

to the press of other matters and unrelated health issue, I have been

unable to file the response in the time line provided.

3.    I cannot file later in the week because I will be out of the office from April 26-May 1 due to a previously scheduled medical procedure. I was hoping to have the response in this matter drafted and filed today, but have been unable to do so. I hope to return to the office May 2, 2006, at which time I will finalize respondent's response in this matter.

4.    I have spoken with David Weber, counsel for Jimmy Lampley, who indicated that he does not oppose the respondent's request for additional time.

DATED April 24, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Tamara E. de Lucia
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions
        and Appeals
    310 K St., Suite 308
    Anchorage, Alaska 99501
    Telephone: (907) 269-6250
    Facsimile: (907) 269-6270
    e-mail: tamara_delucia@law.state.ak.us
    Alaska Bar No. 9906015

## Certificate of Service

I certify that on April 24, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

<u>s/</u> **<u>Tamara E. de Lucia</u>**