Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,               )<br>                                            )<br>           Petitioner,              )<br>                                            )<br>     vs.                                 )<br>                                            )<br>Marc Antrim, and                )<br>Scott J. Norstrand,              )<br>                                            )<br>           Respondent.          )<br>_____) | Case No. 3:05-cv-00293-RRB<br><br>MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION FOR EVIDENTIARY HEARING AND DISCOVERY<br>(*Filed on Shortened Time*) |

Respondent asks this court to extend the time for filing a response to Lampley's request for evidentiary hearing and discovery by 10 days, or until May 15, 2006. This motion is necessary because undersigned counsel for respondent will need additional time in which to complete the response. Counsel for respondent recently returned from medical leave and was unable to complete the

response within the time previously requested.  Counsel for respondent has spoken with David Weber, counsel for Mr. Lampley, who indicated there is no opposition to the state's request on shortened time for an extension of 10 days. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED May 5, 2006, at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Tamara E. de Lucia
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: tamara_delucia@law.state.ak.us
>   Alaska Bar No. 9906015

**Certificate of Service**

I certify that on May 5, 2006, a copy of the foregoing Motion to Extend Time for Filing Response to Motion for Evidentiary Hearing and Discovery was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**