Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | PROPOSED |
| Scott J. Norstrand, ) | ORDER |
| ) | |
| Respondent. ) | |
| ) | |

Upon consideration of respondent's request for extension of time to file response on shortened time, and petitioner's non-opposition to such request, respondent's request for an 10 day extension is GRANTED.

It is hereby ORDERED respondent's answer is now due May 15, 2006.

    DATED _____ , at Anchorage, Alaska.

                                          _____
                                          District Court Judge

## Certificate of Service

I certify that on May 5, 2006, a copy of the foregoing Proposed Order was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

<u>s/ **Tamara E. de Lucia**</u>