Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondent Scott J. Norstrand

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Jimmy A. Lampley, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-00293-RRB |
| | ) | |
| Marc Antrim, and | ) | AFFIDAVIT |
| Scott J. Norstrand, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Tamara E. de Lucia affirms the following to be true and correct to

the best of her knowledge:

1.    I am employed as an assistant attorney general in the office of

special prosecutions and appeals, and I am counsel of record for

respondent Scott J. Norstrand in this matter.

2.    I am requesting additional time to file a response in this matter; I

incorporate by reference the circumstances explained in my previous

affidavit.

3.    This request is in no way intended to unnecessarily delay the proceedings or burden opposing counsel or the court.  Due to my recent medical leave I have been unable to file the response in the time line provided.  I am aware that I have previously requested an extension of time to file in this matter, but I did not properly anticipate the amount of time that would be required both for recovery and to draft my response to petitioner's request.

4.    I have spoken with David Weber, counsel for Jimmy Lampley, who indicated that he does not oppose the respondent's request for additional time.

DATED May 5, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Tamara E. de Lucia
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: tamara_delucia @law.state.ak.us
   Alaska Bar No. 9906015

## Certificate of Service

I certify that on May 5, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**