Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| MARC ANTRIM and ) | PROPOSED |
| SCOTT J. NORSTRAND, ) | ORDER |
| ) | |
| Respondent. ) | |
| ) | |

Upon consideration of petitioner's request for an evidentiary hearing and discovery, and respondent's opposition to such request, petitioner's request for and evidentiary hearing and discovery is DENIED.

DATED _____ , at Anchorage, Alaska.

_____
Honorable Ralph R. Beistline
District Court Judge

## Certificate of Service

I certify that on May 11, 2006, a copy of the foregoing Proposed Order was served electronically on **David R. Weber, Douglas H. Kossler, and Tamara Eve de Lucia**.

s/ **Tamara E. de Lucia**