Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARC ANTRIM and ) <br> SCOTT J. NORSTRAND, ) <br> ) <br> Respondents. ) <br> _____ ) | Case No. 3:05-cv-00293-RRB <br><br> NOTICE OF NO REPLY |

Respondents filed a motion to dismiss Lampley's federal habeas petition on the basis of Lampley's procedural default of his first, second and third claims and Lampley's failure to exhaust his state remedies with respect to his fourth and fifth claims. [Docket No. 12]  Lampley filed an opposition to Respondents' motion wherein he further discussed the merits of his claims, but did not address the procedural bars to his claims except to argue, in a circular

fashion, that this court should address the merits of his claims notwithstanding the procedural bars. [Docket No. 17] Respondents are not intending to address the merits of Lampley's claims until this court determines whether Lampley's failure to exhaust and procedural defaults will bar his petition. If this court is inclined to reach the merits of Lampley's claims, Respondents reserve their right to answer Lampley's petition for habeas relief until such time. Accordingly, Respondents file this notice of no reply and ask this court to first determine whether Lampley's claims may be heard.

DATED May 19, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Tamara E. de Lucia
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K Street, Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   Email: tamara_delucia@law.state.ak.us
   Alaska Bar No. 9906015

**Certificate of Service**

I certify that on May 19, 2006, a copy of the foregoing Notice of No Reply was served electronically on **Douglas H. Kossler, David R. Weber and Tamara E. de Lucia**.

s/ **Tamara E. de Lucia**