Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | MOTION TO EXTEND TIME FOR |
| Scott J. Norstrand, ) | FILING RESPONSE TO COURT |
| ) | ORDER |
| Respondent. ) | (*Filed on Shortened Time*) |
| ) | |

       Respondent asks this court to extend the time for filing a response to the court's order of May 23, 2006 by 10 days, or until June 23, 2006. This motion is necessary because undersigned counsel for respondent will need a short period of additional time in which to complete the response. Because the response is currently due today, a decision on the motion is needed as soon as possible.

       I spoke with David Weber, counsel for Mr. Lampley, informing him of the state's request on shortened time for an extension of 10 days and he

assured me that Mr. Lampley would not oppose the state's request. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED June 13, 2006, at Anchorage, Alaska.

          DAVID W. MÁRQUEZ
          ATTORNEY GENERAL

          s/ Tamara E. de Lucia
            Assistant Attorney General
            State of Alaska, Dept. of Law
            Office of Special Prosecutions
              and Appeals
            310 K St., Suite 308
            Anchorage, Alaska 99501
            Telephone: (907) 269-6250
            Facsimile: (907) 269-6270
            e-mail: tamara_delucia@law.state.ak.us
            Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on June 13, 2006, a copy of the foregoing Motion to Extend Time for Filing Response to Court Order was served electronically on **David R. Weber, Douglas H. Kossler, Tamara Eve de Lucia** and on **None** by regular U.S. mail.

          s/ **Tamara E. de Lucia**