Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | PROPOSED |
| Scott J. Norstrand, ) | ORDER |
| ) | |
| Respondent. ) | |

Upon consideration of respondent's request for extension of time to file response to court's order on shortened time, and petitioner's non-opposition to such request, respondent's request for a 10 day extension is GRANTED.

It is hereby ORDERED respondent's answer is now due June 23, 2006.

　　　　DATED _____, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　District Court Judge

**Certificate of Service**

I certify that on June 13, 2006, a copy of the foregoing Proposed Order was served electronically on **David R. Weber, Douglas H. Kossler, Tamara Eve de Lucia** and on **None** by regular U.S. mail.

<u>s/</u> **Tamara E. de Lucia**