Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, and )<br>Scott J. Norstrand, )<br>)<br>Respondent. )<br>_____) | Case No. 3:05-cv-00293-RRB<br><br>AFFIDAVIT |

Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondents in this matter.

2. I have drafted a response to the court's order directing the parties to brief the issues raised in Lampley's opposition to the state's motion

    to dismiss his petition for writ of habeas corpus. I submitted that response for review and editing by my supervising attorney, a procedure that is standard in this office, and I received his edits and revisions today, June 13. I will need another 10 days in order to complete the rewriting process and submit the draft for a second review by my supervising attorney.

3. Since receiving the court's order on May 23, 2006 I have drafted and filed the state's brief in *Gowan v. State,* A-9388. Additionally I am currently drafting and responsible for filing the following in the Alaska Court of Appeals: a brief in *Nye v. State*, A-9192 (due June 15); a brief in *Valentine v. State*, A-9419 (due June 15); a brief in *Painter v. State*, A-9531 (due June 19); a brief in *Cooper v. State,* A-9426 (due June 20); as well as draft the reply to the opposition to the state's appeal of the decision in *State v. Greenpeace,* A-9394, A-9393, A-9363 (due June 20).

4. I spoke with David Weber, counsel for Jimmy Lampley, informing him of the respondent's motion on shortened time for an extension of 10 days and was assured that Mr. Lampley would not be opposing the state's request.

DATED June 13, 2006, at Anchorage, Alaska.

       DAVID W. MÁRQUEZ
       ATTORNEY GENERAL

       s/ Tamara E. de Lucia
          Assistant Attorney General
          State of Alaska, Dept. of Law
          Office of Special Prosecutions
            and Appeals
          310 K St., Suite 308
          Anchorage, Alaska 99501
          Telephone: (907) 269-6250
          Facsimile: (907) 269-6270
          e-mail: tamara_delucia@law.state.ak.us
          Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on June 13, 2006, a copy of the foregoing Affidavit was served electronically on **David R. Weber, Douglas H. Kossler, Tamara Eve de Lucia** and on **None** by regular U.S. mail.

       s/ **Tamara E. de Lucia**