Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara_delucia@law.state.ak.us

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 3:05-cv-00293-RRB |
| Marc Antrim, and | ) ~~PROPOSED~~ |
| Scott J. Norstrand, | ) ORDER |
| Respondent. | ) |

Upon consideration of respondent's request for extension of time to file response to court's order on shortened time, and petitioner's non-opposition to such request, respondent's request for a 10 day extension is GRANTED.

It is hereby ORDERED respondent's answer is now due June 23, 2006.

DATED 6/13/06, at Anchorage, Alaska.



REDACTED SIGNATURE
District Court Judge