IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, )<br>         Petitioner, )<br>   vs. )<br>MARC ANTRIM, and )<br>SCOTT J. NORDSTRAND, )<br>         Respondents ) | Case No.: A05-293 Cv. (RRB) |

## SUBSTITUTION OF COUNSEL

COMES NOW David Weber, pursuant to Local Rule 11.1(c)(4) and gives notice that Mr. Hugh Fleischer is substituting in as counsel for Mr. Lampley, effective October 10, 2006.  Mr. Fleischer and Mr. Weber appear as CJA counsel (a "governmental agency.")  This substitution has been approved by the CJA office of the Federal Public Defender.  Substitution is necessary: Mr. Weber's leaving private practice for employment by the State of Alaska.

Mr. Fleischer's contact information is:

> Mr. Hugh Fleischer
> 310 K Street, Suite 200
> Anchorage, Alaska 99501
> (907) 264-6635
> (907) 264-6602 (fax)
> hfleisch@aol.com

Respectfully submitted this 27th day of September.

> Vasquez & Weber, P.C.
> Attorneys for Jimmy Lampley
> S/: David R. Weber,
> 943 West 6th Ste. 132
> Anchorage, Alaska 99502
> (907) 279-9122/9123 fax
> vw.law@acsalaska.net
> Ak. Bar Assn. No. 8409083

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASK.NET

CERTIFICATE OF SERVICE

I certify that on September 27, 2006 electronic service of a copy of this Substitution of Counsel was provided to the Court for all counsel of record pursuant to Criminal Rule 49(b), Civil Rule 5(b)(2)(D) and Local Rules 5, 5.1(a) and 5.2(c)(2). I further certify that I have provided Mr. Lampley with a copy hereof.

S/: David R. Weber

VASQUEZ & WEBER, P.C.
943 WEST SIXTH AVENUE, SUITE 132
ANCHORAGE, ALASKA 99501
(907) 279-9122   FACSIMILE (907) 279-9123
VW.LAW@ACSALASKA.NET