IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY,<br><br>      Petitioner,<br><br>vs.<br><br>MARC ANTRIM and SCOTT J. NORDSTROM,<br><br>      Respondents. | Case No. 3:05-cv-0293-RRB<br><br>**ORDER RE MOTION TO DISMISS** |

      Before the Court, at Docket 12, is Respondents' Motion to Dismiss Claims From Amended Habeas Petition, filed pursuant to 28 U.S.C. § 2254 by Petitioner, Jimmy A. Lampley. The matter has been fully briefed and was the subject of a Recommendation Regarding Respondent's Motion to Dismiss from the Magistrate Judge at Docket 37. This recommendation was objected to for various different reasons by both parties. On September 12, 2006, the Magistrate Judge submitted a Final Recommendation Regarding Respondents' Motion to Dismiss, at Docket 42, in which he thoroughly responded to the various objections and recommended that the Motion to Dismiss be granted in part and denied in part.

ORDER RE MOTION TO DISMISS - 1
3:05-CV-0293-RRB

After considering all of the pleadings filed in this matter and reviewing the relevant case law, the Court hereby **ACCEPTS** and **ADOPTS** the Final Recommendation Regarding Respondents' Motion to Dismiss. Therefore, Respondents' motion at Docket 12 is hereby **GRANTED** as to Lampley's second, third, and fourth claims, and **DENIED** as to Lampley's first and fifth claims.

**IT IS SO ORDERED.**

ENTERED this 27th day of September, 2006.

        S/RALPH R. BEISTLINE
        UNITED STATES DISTRICT JUDGE