MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JIM A. LAMPLEY vs. COMMISSIONER MARC ANTRIM

BEFORE THE HONORABLE JOHN D. ROBERTS   CASE NO. 3:05-cv-00293-RRB

DEPUTY CLERK/RECORDER:   JOHN D. ROBERTS

APPEARANCES:   PLAINTIFF: HUGH FLEISCHER

DEFENDANT: TAMARA EVE DE LUCIA

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE RE AMENDED MOTION FOR WRIT OF HABEAS CORPUS (DKT #7) HELD 10/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:28 a.m. court convened.

Court and counsel heard re scheduling and planning conference re amended petition for writ of habeas corpus (dkt #7); plaintiff's opening brief re 1st and 5th claims re amended petition due 11/28/06; response due 1/12/07; reply due 1/29/07.

DATE: October 17, 2006            DEPUTY CLERK'S INITIALS: rmc