IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) | |
|                                ) | CASE NO: 3:05-cv-00293-RRB |
| Petitioner,       ) | |
|                                ) | |
| MARC ANTRIM and      ) | |
| SCOTT J. NORSTRAND,  ) | |
|                                ) | |
| Respondents.      ) | |
| _____) | |

**PETITIONER'S UNOPPOSED
MOTION & MEMORANDUM FOR CONTINUANCE**

  Jimmy Lampley, through his counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an amended § 2254 to January 30, 2007.

  This motion is based on the fact that the office of the undersigned has not been able to complete the review of several file drawers of documents relating to this case, which require to be examined.

  Assistant Attorney General Tamara E. de Lucia has authorized the undersigned to advise that the State does not oppose this motion.  Ms. de Lucia also wishes to note that the State's response should receive a concomitant extension of its time to respond to such amended petition.

  Dated this 20th day of November, 2006.

```
                              LAW OFFICES OF HUGH W. FLEISCHER




                    By:  ____S/Hugh W. Fleischer
                         Hugh W. Fleischer
                         AK Bar # 7106012
                         Law Offices of Hugh W. Fleischer
                         310 K. Street, Suite 200
                          Anchorage, AK 99501
                         (907) 264-6635
                         (907) 264-6602 (fax)
                          hfleisch@aol.com
```

9438/500

CERTIFICATE OF SERVICE

I certify that on the 20th day of November, 2006, a true copy of the foregoing was delivered electronically to the following counsel:

Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer