IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, | ) |
| | ) CASE NO: 3:05-cv-00293-RRB |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC ANTRIM and | ) |
| SCOTT J. NORSTRAND, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

**PETITIONER'S UNOPPOSED
MOTION & MEMORANDUM FOR CONTINUANCE**

Jimmy Lampley, through his counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an amended § 2254 to March 16, 2007.

This motion is based on the fact that the office of the undersigned has not been able to complete the review of voluminous documents relating to this case, because of an unexpected State trial, which is now scheduled for this full week.

Assistant Attorney General Tamara E. de Lucia has authorized the undersigned to advise that the State does not oppose this motion. Ms. de Lucia also wishes to note that the State's response should receive a concomitant extension

of its time to respond to such amended petition.

Dated this 22nd day of January, 2007.

                                      LAW OFFICES OF HUGH W. FLEISCHER

                          By: ____S/Hugh W. Fleischer_____
                              Hugh W. Fleischer
                              AK Bar # 7106012
                              Law Offices of Hugh W. Fleischer
                              310 K. Street, Suite 200
                               Anchorage, AK 99501
                              (907) 264-6635
                              (907) 264-6602 (fax)
                               hfleisch@aol.com

9438/502

CERTIFICATE OF SERVICE

I certify that on the 22nd day of
January, 2007, a true copy of the
foregoing was delivered electronically
to the following counsel:

Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer