IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY , | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) |
| MARC ANTRIM and | ) |
| SCOTT J. NORSTRAND, | ) |
| Respondents. | ) CASE No.:3:05-cv-00193-RRB |

### ORDER

Petitioner, Jimmy A. Lampley, having moved for a continuance of the date within which to file an amended § 2254 petition, now due on January 30, 2007.

IT IS ORDERED that such petition shall be filed on or before March 16, 2007.

DATED this _____ day of January, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

9538\503