IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, ) | |
| ) CASE NO: 3:05-cv-00293-RRB | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARC ANTRIM and ) | |
| SCOTT J. NORSTRAND, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**PETITIONER'S UNOPPOSED
MOTION & MEMORANDUM FOR CONTINUANCE**

Jimmy Lampley, through his counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an amended § 2254 petition, in regard to Claims One and Five, from March 16, 2007 to May 16, 2007.

This motion is based on the fact that the office of the undersigned has two State Court trials that will occur this and next month, both estimated for two weeks.  This time is needed to complete the amended petition.

Assistant Attorney General Tamara E. de Lucia has authorized the undersigned to advise that the State does not oppose this motion.  Ms. de Lucia also wishes to note that the State's response should receive a concomitant extension

of its time to respond to such amended petition.

Dated this 12th day of March, 2007.

                                          LAW OFFICES OF HUGH W. FLEISCHER

By: ____S/Hugh W. Fleischer
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

9438/504

CERTIFICATE OF SERVICE

I certify that on the 12th day of March, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501

S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer