IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY ,<br><br>       Petitioner,<br><br>  vs.<br><br>MARC ANTRIM and<br>SCOTT J. NORSTRAND,<br><br>       Respondents.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE No.:3:05-cv-00193-RRB<br>) |

### **ORDER**

Petitioner, Jimmy A. Lampley, having moved for a continuance of the date within which to file an amended § 2254 petition, now due on March 16, 2007, to May 16, 2007.

IT IS ORDERED that such petition shall be filed on or before May 16, 2007.

DATED this ____ day of March, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

9538\505