IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, | ) |
| | ) CASE NO: 3:05-cv-00293-RRB |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC ANTRIM and | ) |
| SCOTT J. NORSTRAND, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

**PETITIONER'S UNOPPOSED**
**MOTION & MEMORANDUM FOR CONTINUANCE**

Jimmy Lampley, through his counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an amended § 2254 petition, in regard to Claims One and Five, from May 16, 2007 to July 2, 2007.

This motion is based on the fact that the undersigned has been out of town, unexpectedly and then has two State Court trials that will occur this and next month. This time is needed to complete the amended petition.

Assistant Attorney General Tamara E. de Lucia has authorized the undersigned to advise that the State does not oppose this motion. Ms. de Lucia also wishes to note that

the State's response should receive a concomitant extension of its time to respond to such amended petition.

Dated this 16th day of May, 2007.

                                 LAW OFFICES OF HUGH W. FLEISCHER

By: ____S/Hugh W. Fleischer____
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

9438/506

CERTIFICATE OF SERVICE

I certify that on the 16th day of May, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501

S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer

3