IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY , )<br>)<br>)<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM and )<br>SCOTT J. NORSTRAND, )<br>)<br>Respondents. )<br>_____ ) | CASE No.:3:05-cv-00193-RRB |

## ORDER

Petitioner, Jimmy A. Lampley, having moved for a continuance of the date within which to file an amended § 2254 petition, now due on May 16, 2007, to July 2, 2007.

IT IS ORDERED that such petition shall be filed on or before July 2, 2007.

DATED this ____ day of May, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

9538\5