```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

   JIM A. LAMPLEY     vs.    COMMISSIONER MARC ANTRIUM, et al.

BEFORE THE HONORABLE JOHN D. ROBERTS   CASE NO. 3:05-CV-00293-RRB

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:     HUGH FLEISCHER

                DEFENDANT:     DOUGLAS H. KOSSLER

PROCEEDINGS: STATUS CONFERENCE AND HEARING ON PETITIONER'S MOTION
             FOR CONTINUANCE (DKT 58) Held 05/23/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:52 p.m. court convened.

Court and counsel heard re Status Conference and Hearing on Petitioner's Motion for Continuance (DKT 58) **GRANTED IN PART.**

Court ruled that the petitioner is not entitled to file an Amended Petition.

Petitioner's oral motion requesting an extension of time **GRANTED** and court set a briefing schedule.

Petitioner to file opening brief on or before **July 5, 2007.**

Respondent to file Opposing brief on or before **August 6, 2007**.

Petitioner to file reply on or before **August 21, 2007.**

At 2:00 p.m. court adjourned.

DATE:     May 23, 2007       DEPUTY CLERK'S INITIALS:    Ce