Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>Marc Antrim, and  )<br>Scott J. Norstrand,  )<br>)<br>Respondent.  )<br>) | Case No. 3:05-cv-00293-RRB<br><br>MOTION TO EXTEND TIME FOR FILING RESPONSE IN OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF<br>(*Filed on Shortened Time*) |

Respondent asks this court to extend the time for filing a response to the petitioner's "Motion for Miscellaneous Relief" by 30 days, or until September 5, 2007. [*See* Docket 61] This motion is necessary because undersigned counsel for respondent will need a short period of additional time in which to complete the response. Because the response is currently due today, a decision on the motion is needed as soon as possible.

I spoke with Hugh Fleischer, counsel for Mr. Lampley, informing him of the state's request on shortened time for an extension of 30 days and he assured me that there is no opposition to the state's request. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED August 6, 2007, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Tamara E. de Lucia
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: tamara.delucia @alaska.gov
>   Alaska Bar. No. 9906015

### Certificate of Service

I certify that on August 6, 2007, a copy of the foregoing Motion to Extend Time for Filing Response in Opposition of Motion for Miscellaneous Relief was served electronically on **Hugh Fleischer**.

s/ **Tamara E. de Lucia**