Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, and )<br>Scott J. Norstrand, )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-00293-RRB<br><br>PROPOSED<br>ORDER |

Upon consideration of respondent's request for extension of time to file response to petitioner's motion for miscellaneous relief on shortened time, and petitioner's non-opposition to such request, respondent's request for a 30 day extension is GRANTED.

It is hereby ORDERED respondent's opposition to motion is now due September 5, 2007.

DATED _____, at Anchorage, Alaska.

_____
District Court Judge