Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,              )<br>                                )<br>        Petitioner,            )<br>                                )<br>vs.                             )<br>                                )<br>Marc Antrim, and               )<br>Scott J. Norstrand,            )<br>                                )<br>        Respondent.             )<br>_____) | Case No. 3:05-cv-00293-RRB<br><br>AFFIDAVIT |

Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondents in this matter.

2. Following an October 2006 planning and scheduling conference, the petitioner in this case was originally scheduled to submit his "Motion for Miscellaneous Relief" in November 2006. [*See* Docket 51] He was granted numerous continuances

and ultimately filed his motion in July 2007. Since receiving petitioner's motion, I have been unable, as explained below and due to no lack of diligence on my part, to draft a response.

3. Since receiving the petitioner's motion, I have drafted and filed the state's brief in *Corkran v. State,* A-9635, and the state's responses to petitions for hearings filed in *Valentine v. State,* S-12692; *Nye v. State,* S-12711; and *Artemie v. State,* S-12755. I am currently drafting the state's brief in *Tuttle v. State,* A-9615 and a pleading in response to an order from the Alaska Court of Appeals in *Douglas v. State,* A-8799.

4. I spoke with Hugh Fleischer, counsel for Jimmy Lampley, informing him of the respondent's motion on shortened time for an extension of 30 days and was assured that Mr. Lampley would not be opposing the state's request.

SUBSCRIBED AND SWORN TO before me this 6th day of August, 2007.

Perette S. Mathews
Notary Public for Alaska