Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, and )<br>Scott J. Norstrand, )<br>)<br>Respondent. )<br>) | Case No. 3:05-cv-00293-RRB<br><br>MOTION TO EXTEND TIME FOR FILING RESPONSE IN OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF<br>(*Filed on Shortened Time*) |

Respondent asks this court to extend the time for filing a response to the petitioner's "Motion for Miscellaneous Relief" by 12 days, or until September 17, 2007. [*See* Docket 61] This motion is necessary because undersigned counsel for respondent has been ill recently and accordingly was unable to complete the respondent's brief in this case. Because the response is currently due tomorrow, a decision on the motion is needed as soon as possible.

I spoke with Hugh Fleischer, counsel for Mr. Lampley, informing him of the state's request on shortened time for an extension of 12 days and he assured me that there is no opposition to the state's request. This motion is supported by the accompanying affidavit by undersigned counsel.

DATED September 4, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Tamara E. de Lucia
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: tamara.delucia @alaska.gov
   Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on September 4, 2007, a copy of the foregoing Motion to Extend Time for Filing Response in Opposition of Motion for Miscellaneous Relief was served electronically on **Hugh Fleischer**.

s/ **Tamara E. de Lucia**