Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | PROPOSED |
| Scott J. Norstrand, ) | ORDER |
| ) | |
| Respondent. ) | |
| ) | |

Upon consideration of respondent's request for extension of time to file response to petitioner's motion for miscellaneous relief on shortened time, and petitioner's non-opposition to such request, respondent's request for a 12 day extension is GRANTED. It is hereby ORDERED respondent's opposition to motion is now due September 17, 2007.

DATED _____, at Anchorage, Alaska.

_____
District Court Judge