Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | AFFIDAVIT |
| Scott J. Norstrand, ) | |
| ) | |
| Respondent. ) | |

Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondents in this matter.

2. The respondent's brief addressing the merits of petitioner's claims is due tomorrow, September 5, 2007.

3. I have spent the last week quite ill with a virus or flu of some sort. While for the most part I was at work, I was unable to produce the quantity or quality of work I had expected to complete over the course of the last week.

4. In addition, on August 21st I was assigned to draft the state's petition for hearing in *State v. Johnson*, A-_____ (4FA-07-1341 Cr.). That petition was filed on August 27, 2007. I did not anticipate assignment to that matter nor the very shortened time-for-filing (six days) which necessitated rearranging my briefing deadlines and working through the weekend to complete a draft.

5. Accordingly, and due to no lack of diligence on my part, I am requesting an additional 12 days, or until Monday, September 17th to file the respondent's brief in this matter.

6. I received a voice message from Hugh Fleischer, counsel for Jimmy Lampley, stating that Mr. Lampley would not be opposing the state's request.

SUBSCRIBED AND SWORN TO before me this 4th day of September, 2007.

Notary Public for Alaska