Screen for VRA

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE

## JUDGMENT

☐ State of Alaska ☒ Municipality of Anchorage  Count **I**
vs.
Defendant: **Jimmy A. Lampley** DOB **6-10-71** CASE NO. 3AN-**MM7-10543**CR
Address: _____
DWI Priors _____ BAC _____
PLEA: ☐ Not Guilty ☐ Guilty ☐ No Contest   TRIAL: ☐ Court ☒ Jury
Defendant is adjudged: ☒ GUILTY of **DV Assault** (Offense)
☐ NOT GUILTY. It is ordered that defendant is acquitted and discharged.

☐ SUSPENDED IMPOSITION OF SENTENCE. Imposition of sentence is suspended and defendant is placed on probation for _____, subject to the conditions listed in the Direct Court Orders section and the Probation section below.

## SENTENCE

SENTENCE IS IMPOSED AS FOLLOWS:

FINE $ **5,000** with $ **500** suspended. Due _____ DIRECT COURT ORDERS
Bail to Fine $ _____
SURCHARGE ☐ $75 (DWI/Refusal) ☐ $50 (Misd) ☐ $10 (Infraction). The surcharge must be paid within 10 days.
JAIL **362** days with **6 M days** suspended. ☐ all but 72 consecutive hours suspended. Report at 7:45 a.m. on **10/5/98 and 180 ayyyy** to Cordova Center, 130 Cordova Street, Anchorage. **WARNING: If you fail to report, a warrant will be issued for your arrest.** Pursuant to Criminal Rule 32.2(e) as amended by ch 37 SLA 1997, you are advised for information purposes as follows: If defendant receives the maximum "good-time" credit under AS 33.20.010, then the actual jail time served will be reduced by one-third. There is no "good-time" credit for a jail term of 3 days or less.

☐ Defendant shall pay the cost of imprisonment: ☐ $270 ☐ $1000. Due immediately. Make payment to:
 ☐ State of Alaska, Collections Unit, 1031 W. 4th Ave., Suite 200, Anchorage, AK 99501. Ph. 269-5205.
 ☐ Municipality of Anchorage, Collections Office, 632 W. 6th Ave., Rm. 330, Anchorage, AK 99519. Ph. 343-6683.
☐ Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to ___ days plus required aftercare in addition to any jail time ordered above.
☐ Defendant's driver's license is revoked for _____ days/years. ☐ Concurrent with DMV action.
☐ The vehicle used in this offense is impounded for 30 days.
☐ Defendant shall forfeit all of defendant's interest in the motor vehicle used in this offense.
☐ Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____.
☐ CWS not completed will convert to: ☐ fine of $6.25 per hour ☐ jail: 3 hours per CWS hour
☐ Defendant is ordered to make restitution to _____ for uninsured loss of $ ____, due ___ days after amount is set by the court. See "Instructions For Defendant" (form CR-785 ANCH) for details.
☒ Defendant is ordered **Complete Acounseling At South Central by operated** ☐ To be monitored by AASAP.

### CONDITIONS OF PROBATION

Defendant is placed on probation for **5** years/months, subject to the following conditions: **Ky Custody (the Mily)**
☒ Comply with all direct court orders listed above by the deadlines stated.
☒ No jailable offenses. **5**
☒ Complete a domestic violence intervention program monitored by the Male Awareness Program (MAP). Report to MAP within 5 days. **believe AA**
☒ Have no contact, direct or indirect, with **DM or Her Family** unless that person's written consent has been supplied to the Prosecutor's Office.

Effective Date: **11/2/98**
District Court Judge/Magistrate: **William H. Fuld**
Print Name: **William H. Fuld**

CLERK: I certify that on **11-2-98** a copy of this judgment was given to:
✓ Def/Atty  ✗ Prosecutor

See CR-462A for statistical information.

CR-462.1A (8/98)(st.4) JUDGMENT - DISTRICT COURT

Clerk of the Trial Courts
By _____ Deputy
Date: 9/5/07

ATTACHMENT A
PAGE 1 OF 4

Screen for '

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE

## JUDGMENT

☐ State of Alaska    ☒ Municipality of Anchorage        Count __I__

vs.
Defendant: __Jimmy A. Lampley__    DOB __6-10-71__    CASE NO. 3AN-__MA7-1054__

Address: _____    DWI Priors _____ BAC _____

PLEA: ☐ Not Guilty  ☐ Guilty  ☐ No Contest    TRIAL: ☐ Court  ☒ Jury

Defendant is adjudged: ☒ GUILTY of __DV Assault__
                                         (Offense)

☐ NOT GUILTY. It is ordered that defendant is acquitted and discharged.

☐ SUSPENDED IMPOSITION OF SENTENCE. Imposition of sentence is suspended and defendant is placed on probation _____, subject to the conditions listed in the Direct Court Orders section and the Probation section bel

## SENTENCE

SENTENCE IS IMPOSED AS FOLLOWS:

FINE $ __5,000__ with $ __500__ suspended. Due _____ DIRECT COURT ORDERS    Bail to Fine $_____

SURCHARGE ☐ $75 (DWI/Refusal) ☐ $50 (Misd) ☐ $10 (Infraction). The surcharge must be paid within 10 d
JAIL __162__ days with __6M__ days suspended. ☐ all but 72 consecutive hours suspended. Report at 7:45 a
on __10/5__ / __180__ __(w/46)__ Cordova Center, 130 Cordova Street, Anchorage. **WARNING: If you fail to report, a warrant will be issued for your arrest.** Pursuant to Criminal Rule 32.2(e) as amended by ch 37 SLA 1997 are advised for information purposes as follows: If defendant receives the maximum "good-time" credit under AS 33.20.010, then the actual jail time will be reduced by one-third. There is no "good-time" credit for a jail term of 3 days or less.

☐ Defendant shall pay the cost of imprisonment: ☐ $270 ☐ $1000. Due immediately. Make payment to:
  ☐ State of Alaska, Collections Unit, 1031 W. 4th Ave., Suite 200, Anchorage, AK 99501. Ph. 269-5205.
  ☐ Municipality of Anchorage, Collections Office, 632 W. 6th Ave., Rm. 330, Anchorage, AK 99519. Ph. 343-6
☐ Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to ____ days plus req aftercare in addition to any jail time ordered above.
☐ Defendant's driver's license is revoked for _____ days/years.  ☐ Concurrent with DMV action.
☐ The vehicle used in this offense is impounded for 30 days.
☐ Defendant shall forfeit all of defendant's interest in the motor vehicle used in this offense.
☐ Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____
  ☐ CWS not completed will convert to:  ☐ fine of $6.25 per hour  ☐ jail: 3 hours per CWS hour
☐ Defendant is ordered to make restitution to _____ for uninsured loss of $_____, due _____ days after amount is set by the court. See "Instructions For Defendant" (form CR-785 ANCH) for details.
☒ Defendant is ordered __Complete Hcounsel ing__
  __At South Central Anger rental__   ☐ To be monitored by AAS
                                CONDITIONS OF PROBATION    __On custody (4 La/L M__
Defendant is placed on probation for ☒ __5__ years/months, subject to the following conditions:
  [X] Comply with all direct court orders listed above by the deadlines stated.
  ☒ No jailable offenses. ☒ 5
  ☐ Complete a domestic violence intervention program monitored by the Male Awareness Program (MAP). Rep MAP within 5 days __W helec__ __M__
  ☒ Have no contact, direct or indirect, with __D M or her Family__ _____ unless that per written consent has been supplied to the Prosecutor's Office.

__11/2/98__                                         __William H. Fuld__ (signature)
Effective Date                                     District Court Judge/Magistrate
                                                   Print Name: __William H. Fuld__

I certify that on __11-2-98__ a copy of this judgment was given to:
√ Def/Atty √ Prosecutor
CLERK: __JE__                                      See CR-462A for statistical information.

CR-462.1A (8/98)(st.4) JUDGMENT - DISTRICT COURT

ATTACHMENT A
PAGE 2 OF 4



IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| MUNICIPALITY OF ANCHORAGE, ) | Filed in the Trial Courts State of Alaska Third District |
| Plaintiff, ) | |
| ) | **DEC 3 1 1997** |
| vs. ) | |
| ) | Clerk of the Trial Courts |
| JIMMY LAMPLEY, ) | By _____ Deputy |
| 1551 LITTLE SUSITNA ) | |
| DOB: 6/10/71 ) | |
| SSN: 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 ) | |
| OL#: 6163513 ) | |
| ) | APD 97-229447 |
| Defendant. ) | ATN 101924325 |
| ) | Case No. 3AN M97-10543 Cr. |

### INFORMATION
### (Rule 7-A)

### VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COUNT I - ASSAULT D.V.
AMC 08.05.030 B1

COUNT II - MALICIOUS DESTRUCTION OF PROPERTY
AMC 08.05.400 B

The Municipality of Anchorage, by and through its undersigned attorney, charges that on or about the 30th day of December, 1997, at or near 12550 Landmark Drive, Anchorage, Alaska, did unlawfully commit the offenses of:

MUNICIPALITY
OF
ANCHORAGE
Department of Law
Office of the
Prosecutor
: L Street
: 100
An: :ge Alaska
Telep: 343-4250
Fax: 274-6689

**ATTACHMENT A**
PAGE 3 OF 4

## COUNT I

ASSAULT D.V.: Jimmy Lampley did unlawfully assault D.M. by intentionally or recklessly using force or violence upon her person, which is in violation of Anchorage Municipal Code 08.05.030 B1.

## COUNT II

MALICIOUS DESTRUCTION OF PROPERTY: Jimmy Lampley did unlawfully disconnect, injure, or destroy any communication equipment, regardless of whether owned by the defendant, with the intent to prevent D.M., as defined by subsection 08.05.040 C2, from communicating with emergency service agencies or others, which is in violation of Anchorage Municipal Code 08.05.400 B

DATED at Anchorage, Alaska this __31__ day of December, 1997.

MUNICIPALITY OF ANCHORAGE
Mary K. Hughes
Municipal Attorney

By ___M.N. Brumbaugh___
Marcia Brumbaugh
Asst. Municipal Prosecutor

MUNICIPALITY OF ANCHORAGE
Department of Law
Office of the Prosecutor
632 L Street
Suite 150
Anchorage, Alaska
Telephone 343-4250
Facsimile 274-6669

Info/MB/smj
MOA v. Lampley 97-10543 Cr.                -2-

**ATTACHMENT A**
PAGE 4 OF 4