LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, | ) |
| | ) CASE NO: 3:05-cv-00293-RRB |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC ANTRIM and | ) |
| SCOTT J. NORSTRAND, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

**PETITIONER'S UNOPPOSED
MOTION & MEMORANDUM FOR CONTINUANCE**

    Jimmy Lampley, through his counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file a Reply to the State's Response to his amended § 2254 petition, from October 2, 2007 to October 16, 2007.

    This motion is based on the fact that the undersigned is scheduled to be out of town from September 27-October 9,

2007.  The requested time is necessary to allow for a reply/

Assistant Attorney General Tamara E. de Lucia has authorized the undersigned to advise that the State does not oppose this motion.

Dated this 19th day of September, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: _S/Hugh W. Fleischer_
   Hugh W. Fleischer
   AK Bar # 7106012
   Law Offices of Hugh W. Fleischer
   310 K. Street, Suite 200
   Anchorage, AK 99501
   (907) 264-6635
   (907) 264-6602 (fax)
   hfleisch@aol.com

9438/509

CERTIFICATE OF SERVICE

I certify that on the 19th day of September, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer