IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JIMMY A. LAMPLEY ,               )
                                 )
                                 )
                                 )
                                 )
            Petitioner,          )
                                 )
       vs.                       )
                                 )
MARC ANTRIM and                  )
SCOTT J. NORSTRAND,              )
                                 )
            Respondents.         )   CASE No.:3:05-cv-00193-RRB
_____  )
```

**ORDER**

       Petitioner, Jimmy A. Lampley, having moved for a continuance of the date within which to file a Reply to the State's Response in Opposition to the amended § 2254 petition, now due on October 2, 2007, to October 16, 2007.

       IT IS ORDERED that such Reply shall be filed on or before October 16, 2007.

       DATED this _____ day of September, 2007.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE DISTRICT JUDGE

9538\510

2