Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY,  )<br>  )<br>  Petitioner,  )<br>  )<br>  vs.  )<br>  )<br>MARC ANTRIM and  )<br>SCOTT J. NORSTRAND,  )<br>  )<br>  Respondents.  )<br>_____ ) | Case No. 3:05-cv-00293-RRB<br><br>NOTICE OF LODGING AND IDENTIFICATION OF PERTINENT PORTIONS OF THE TRANSCRIPT |

Respondents, in compliance with this court's order of December 7, 2007, lodge with this court the trial transcripts from Lampley's criminal court case, Alaska District Court No. 3AN-S98-397 Cr.

Although review of the entire transcript will best facilitate the court's analysis of Lampley's claims, respondents believe the following transcript portions are particularly pertinent:

Document 1, pages 4-28, 54-56, 91-130, 136-150.

Document 2, pages 134-155, 183-192.

Document 3, pages 187-268.

Document 4, pages 270-279, 284-288, 300-309.

Document 5, pages 319-325.

Document 8, pages 596, 612-613.


DATED January 4, 2008, at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/ Tamara E. de Lucia
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>      and Appeals
>    310 K Street, Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    Email: tamara.delucia@alaska.gov
>    Alaska Bar No. 9906015

### Certificate of Service

I certify that on January 4, 2008, a copy of the foregoing Notice of Lodging and Identification of Pertinent Portions of the Transcript was served electronically on **Hugh Fleischer.**

s/ **Tamara E. de Lucia**