TABLE OF CONTENTS

Document 1
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 6, 1998……………………………………………….......2-150

Document 2
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 7, 1998……….…………………………………….....133-192

Document 3
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 8, 1998……………………………………………….186-268

Document 4
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 9, 1998……………….……………………………....259-309

Document 5
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 13, 1998……………………………………………….304-331

Document 6
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 14, 1998………………………………………………..329-458

Document 7
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 15, 1998………………………………………………..444-605

Document 8
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 16, 1998……………………………………………….587-613

Document 9
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 20, 1998…………………………………………….611-630

Document 10
Alaska District Court, Transcripts of Jury Proceedings,
District Court # 3AN-S98-397 Cr. (Volume I)
    Dated October 21, 1998…………………………………………….629-839