Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley,<br><br>　　　Petitioner,<br><br>　vs.<br><br>Marc Antrim, and<br>Scott J. Norstrand,<br><br>　　　Respondent. | Case No. 3:05-cv-00293-RRB<br><br>MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION ENTITLED "PETITIONER'S OBJECTIONS TO RECOMMENDATION REGARDING AMENDED HABEAS PETITION FOR WRIT OF HABEAS CORPUS"<br>(*On Shortened Time*) |

Respondent asks this court to extend the time for filing a response to the petitioner's "Objections to Recommendation Regarding Amended Petition Fro Writ of Habeas Corpus" by 16 days, or until March 21, 2008. [*See* Docket 75] This motion is necessary because undersigned counsel for respondent is scheduled to be out of state this week and in Washington D.C., for an appellate legal writing conference. Because the response is due when the undersigned will

not be in the office, the respondents respectfully request additional time to prepare a response to the petitioner's most recent filing.  In addition because respondent's pleading is due this Wednesday, March 5th, this motion is filed on shortened time.

I received a message from with Hugh Fleischer, counsel for Mr. Lampley, who assured me that there is no opposition to the state's request.  This motion is supported by the accompanying affidavit by undersigned counsel.

DATED March 3, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Tamara E. de Lucia
  Assistant Attorney General
  State of Alaska, Dept. of Law
  Office of Special Prosecutions
    and Appeals
  310 K St., Suite 308
  Anchorage, Alaska 99501
  Telephone: (907) 269-6250
  Facsimile: (907) 269-6270
  e-mail: tamara.delucia @alaska.gov
  Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on March 3, 2008, a copy of the foregoing Motion to Extend Time for Filing Response to Motion to Entitled "Petitioner's Objections to Recommendation Regarding Amended Habeas Petition for Writ of Hebeas Corpus was served electronically on **Hugh Fleischer**.

s/ **Tamara E. de Lucia**