Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jimmy A. Lampley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-00293-RRB |
| ) | |
| Marc Antrim, and ) | AFFIDAVIT |
| Scott J. Norstrand, ) | |
| ) | |
| Respondent. ) | |

Tamara E. de Lucia affirms the following to be true and correct to the best of her knowledge:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals, and I am counsel of record for respondents in this matter.

2. The respondent's response to petitioner's objections to recommendations is due March 5, 2008.

3. I am scheduled to fly to Washington D.C. tonight to attend an appellate legal writing conference. Because I am expected to attend the full day conference sessions all week and will not be in the office, I am not able to meaningfully work on this pleading until I return. Because I have pushed several other deadlines from this week to next, I believe I will need a 16-day extension in which to complete the respondent's response to the petitioner's objections in this case.

4. Accordingly, and due to no lack of diligence on my part, I am requesting an additional 16 days, or until Friday March 21 to file the respondent's response in this matter.

5. I received a voice message from Hugh Fleischer, counsel for Jimmy Lampley, stating that Mr. Lampley would not be opposing the state's request.

SUBSCRIBED AND SWORN TO before me this 3rd day of March, 2008.

Perette S. Mathews
Notary Public for Alaska