**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JIMMY A. LAMPLEY,<br><br>    Petitioner,<br>vs.<br><br>MARC ANTRIM, and<br>SCOTT J. NORSTRAND,<br><br>    Respondent. | 3:05-cv-00293-RRB-JDR<br><br>**FINAL RECOMMENDATION<br>REGARDING AMENDED<br>PETITION FOR WRIT OF<br>*HABEAS CORPUS***<br><br>(Docket No.61) |

  The Magistrate Judge has reviewed Mr. Lampley's objections and the respondents' responses thereto regarding the recommendation that Lampley's petition for writ of *habeas corpus* be denied.  amended petition for writ of *habeas corpus* filed pursuant to 28 U.S.C.§ 2254.  (Docket Nos. 75 and 79).  Nothing in said briefing causes the Magistrate Judge to modify his initial recommendation.  A few comments, however, are in order.

  Lampley's objections are essentially a rehash of his previous arguments.  He still fails to appreciate that unlike the situations in the decisional law he relies on, his case does not depend on evaluating the content of his speech.  Rather, the letters he sent in violation of the DVRO were violations *per se* in the context of a content neutral prohibition on speech.  *See Frisby v. Schultz,* 487 U.S. 474 (1988).  Thus, his "true threat" argument is without merit.  Even if that were not the case, as noted at footnote

1 of the recommendation, the court had no trouble finding threats in Lampley's letters to D.M.

Regarding self representation, Lampley contends that the recommendation takes the position that his conduct after the trial court's refusal to allow him to represent himself "justifies" the trial court's ruling. The recommendation arrived at no such conclusion. Rather, the recommendation found that Lampley's post-ruling conduct affirmed the wisdom and good judgment of the trial court in denying his request to represent himself.

## CONCLUSION

For the foregoing reasons, the Magistrate Judge declines to modify his initial recommendation that Lampley's remaining claims – his first and fifth claims – are without merit, and his petition for writ of *habeas corpus* at docket No. 61 should be **DENIED.**

DATED this 1st day of April, 2008, at Anchorage, Alaska.


                                  /s/ John D. Roberts
                                  JOHN D. ROBERTS
                                  United States Magistrate Judge