UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


LAMPLEY   v.   ANTRIM and NORSTRAND

DATE:   April 3, 2008   CASE NO.   3:05-CV-0293-RRB-JDR


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING PETITION FOR WRIT OF HABEAS CORPUS**

---

  Before the Court at Docket 61 is Petition for Writ of Habeas Corpus.  The matter was the subject of extensive briefing by the parties, as well as an Initial Recommendation and a Final Recommendation by the Magistrate Judge at Dockets 37 and 80 respectively.  After considering all the pleadings filed in this matter, the Court hereby **ACCEPTS AND ADOPTS** the Magistrate Judge's Initial and Final Recommendations and hereby **DISMISSES** the Petition for Habeas Corpus in its entirety.

  **IT IS SO ORDERED.**