```
LAW OFFICES OF HUGH W. FLEISCHER
310 K. Street, Suite 200
Anchorage, Alaska 99501
907-264-6635
907-264-6602
hfleisch@aol.com
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY, | ) |
| | ) CASE NO: 3:05-cv-00293-JDR |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC ANTRIM and | ) |
| SCOTT J. NORSTRAND, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

### PETITIONER'S REQUEST FOR A CERTIFICATE
### TO APPEAL TO THE CIRCUIT COURT

Jimmy Lampley, through his counsel, Hugh W. Fleischer, pursuant to the U.S. Rule of Appellate Procedure 5, hereby request that this Court grant permission to appeal this Court's Order, dated April 4, 2008, Docket Number 81, to the Ninth Circuit Court of Appeals.

Dated this 15th day of April, 2008.

LAW OFFICES OF HUGH W. FLEISCHER


By:  _____S/Hugh W. Fleischer_
        Hugh W. Fleischer
        AK Bar # 7106012
        Law Offices of Hugh W. Fleischer
        310 K. Street, Suite 200
        Anchorage, AK 99501
        (907) 264-6635
        (907) 264-6602 (fax)
        hfleisch@aol.com

9438/513


CERTIFICATE OF SERVICE

I certify that on the 15th day of
April, 2008, a true copy of the
foregoing was delivered electronically
to the following counsel:


Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
310 K. St., Suite 308
Anchorage, AK 99501


S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer

2