Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: tamara.delucia@alaska.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| JIMMY A. LAMPLEY,<br><br>    Petitioner,<br>vs.<br><br>SCOTT J. NORDSTRAND,<br>MARC ANTRIM and<br><br>    Respondents. | OPPOSITION TO PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br><br><br><br>Case No. 3:05-cv-00293-RRB |

This pleading is intended to respond to the motion for certificate of appealability filed by petitioner. [Docket 82] This Court dismissed petitioner's application for writ of *habeas corpus* on April 3, 2008 after extensive briefing by the parties. [Dockets 37, 80, and 81] This Court reached the merits of the petitioner's constitutional claims. [Dockets 37, 80] Presently, the petitioner seeks a certificate of appealability pursuant to 28 U.S.C. § 2253(c). In order to obtain a certificate of appealability, the petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order

to meet this burden, the petitioner must demonstrate "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct 1595, 1604 (2000). Where, as is the case here, a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Slack,* 529 U.S. at 484, 120 S.Ct. at 1604. The petitioner's conclusory motion fails to discuss or satisfy the requirements of § 2253(c)(2). Accordingly this Court should deny petitioner's motion for a certificate of appealability.

       DATED April 15, 2008, at Anchorage, Alaska.

                        TALIS J. COLBERG
                        ATTORNEY GENERAL

                        s/ Tamara E. de Lucia
                           Assistant Attorney General
                           State of Alaska, Dept. of Law
                           Office of Special Prosecutions
                             and Appeals
                        310 K Street, Suite 308
                        Anchorage, Alaska 99501
                        Telephone: (907) 269-6250
                        Facsimile: (907) 269-6270
                        Email: tamara.delucia@alaska.gov
                        Alaska Bar. No. 9906015

## Certificate of Service

I certify that on April 15, 2008, a copy of the foregoing Opposition to Petitioner's Motion for Certificate of Appealability was served electronically on Hugh Fliescher.

<u>s/ Tamara E. de Lucia</u>