# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

### LAMPLEY    v.    NORDSTRAND and ANTRIM

DATE:    May 5, 2008    CASE NO.    3:05-cv-00293-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
DENYING CERTIFICATE TO APPEAL**

For the reasons previously set forth by the Court in this matter, and for the reasons articulated by the Government in its Opposition to Petitioner's Motion for Certificate of Appealability at Docket 83, Plaintiff's Request for a Certificate to Appeal to the Circuit Court at **Docket 82** is hereby **DENIED.**